Livingston Township Fun

| | | |
|---|---|---|
| ASHFORD FAMILY ENTERP.<br>C/O JOHN CLAY<br>208 SUNSET CIRCLE<br>MADISON, MS 39110 | DAVID SPECK<br>760 FOUNTAIN SPRINGS<br>GLENDORA, CA 91741 | MARK FLEWELLING<br>2555 BOULDER RD.<br>ALTADENA, CA 91001 |
| BANK OF MONTGOMERY<br>P.O. BOX 7294<br>NATCHITOCHES, LA 71457 | E&N, LLC<br>115 LIVINGSTON CHURCH<br>FLORA, MS 39071 | MICHAEL L. SHARPE<br>6730 HUASNA ROAD<br>ARROYO GRANDE, CA 93420 |
| BANK OF MONTGOMERY<br>C/O JIM SPENCER, ESQ.<br>P.O. BOX 650<br>JACKSON, MS 39205 | EQUITY TRUST CO.<br>C/O CHRIS KOOB<br>4389 MASON MONTGOMERY<br>MASON, OH 45040 | MIKE BOLLENBACHER<br>330 GLEN SUMMER ROAD<br>PASADENA, CA 91105 |
| BANK OF MONTGOMERY<br>C/O ERIN MCMANUS, ESQ.<br>P.O. BOX 650<br>JACKSON, MS 39205 | EVERGREEN TRUST<br>ATTN: RUBY CHOU<br>P.O. BOX 1121<br>PALOS VERDES PEN, CA 90274 | MIKE MARSHALL<br>116 LIVINGSTON CHUR RD<br>SUITE C<br>FLORA, MS 39071 |
| BASILE TRUST<br>C/O STEVE BASILE<br>5826 BURTON AVE.<br>SAN GABRIEL, CA 91775 | JUAN QUINTERO<br>540 DE SALES ST.<br>SAN GABRIEL, CA 91775 | MITZI WILINSON<br>116 LIVINGSTON CHUR RD<br>FLORA, MS 39071 |
| BENNIE BOSTIC<br>102 IVY BROOK DR.<br>MADISON, MS 39110 | LIVINGSTON CANDY & CRE<br>1150 OD CEDARS LANE<br>FLORA, MS 39071 | PALMETTO<br>114 LIVINGST CHUR RD<br>UNIT C<br>FLORA, MS 39071 |
| BOLLENBACHER FAMILY TR<br>C/O JONNA BOLLENBACHER<br>5430 CALHOUN AVE.<br>SHERMAN OAKS, CA 91401 | LIVINGSTON CELLARS, LL<br>1150 OLD CEDARS LANE<br>SUITE B<br>COLUMBUS, MS 39701 | ROBERT YAMAMOTO<br>1787 ROOSEVELT AVENUE<br>ALTADENA, CA 91001 |
| BRIAR PATCH<br>1150 OLD CEDARS LANE<br>SUITE A<br>FOREST, MS 39074 | LIVINGSTON VIKING<br>1030 MARKET STREET<br>FLORA, MS 39071 | SAM GRISSOM<br>DOUGLAS S. VOCELLE<br>104 NOAH'S MILL RD.<br>MADISON, MS 39110 |
| CEDAR ROSE, LLC<br>114 LIVINGSTON CHUR RD<br>SUITE 2D<br>FLORA, MS 39071 | MARIO ARAZON<br>647 N. MAIN ST., STE B<br>RIVERSIDE, CA 92501 | SBA<br>P.O. BOX 3918<br>PORTLAND, OR 97208 |

Livingston Township Fund One, LLC -


SBA
% DREW NORWOOD
501 E COURT ST #4.430
JACKSON, MS 39201


THE GATHERING
106 LIVINGSTON CHUR RD
FLORA, MS 39071


THOMAS D. LANDRUM
104 CHESTNUT HILLS RD.
MADISON, MS 39110


USDA
C/O DREW NORWOOD
501 E COURT ST. S4.430
JACKSON, MS 39201


USDA RURAL DEVELOPMENT
P.O. BOX 66879
SAINT LOUIS, MO 63166