# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Livingston Township Fund One, LLC**                           Case No. _____

                                    Debtor(s)                           Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ashford Family Enterp.<br>c/o John Clay<br>208 Sunset Circle<br>Madison, MS 39110 | | | 3.79% |
| Basile Trust<br>c/o Steve Basile<br>5826 Burton Ave.<br>San Gabriel, CA 91775 | | | 3.79% |
| Bennie Bostic<br>102 Ivy Brook Dr.<br>Madison, MS 39110 | | | 3.79% |
| Bollenbacher Family Tr<br>c/o Jonna Bollenbacher<br>5430 Calhoun Ave.<br>Sherman Oaks, CA 91401 | | | 7.59% |
| David Speck<br>760 Fountain Springs<br>Glendora, CA 91741 | | | 11.38 |
| Equity Trust Co.<br>c/o Chris Koob<br>4389 Mason Montgomery<br>Mason, OH 45040 | | | 7.59% |
| Evergreen Trust<br>Attn: Ruby Chou<br>P.O. Box 1121<br>Palos Verdes Peninsula, CA 90274 | | | 7.59% |
| Juan Quintero<br>540 De Sales St.<br>San Gabriel, CA 91775 | | | 1.90% |
| Livingston Township<br>Management, LLC<br>1787 Roosevelt Ave.<br>Altadena, CA 91001 | | | |
| Los Robles MS<br>Investment Prop., LLC<br>1787 Roosevelt Ave.<br>Altadena, CA 91001 | | | |

Sheet 1 of 2 in List of Equity Security Holders

In re:  **Livingston Township Fund One, LLC**　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mario Arazon<br>647 N. Main St., Ste B<br>Riverside, CA 92501 | | | 1.90% |
| Mark Flewelling<br>2555 Boulder Rd.<br>Altadena, CA 91001 | | | 3.79% |
| Mike Bollenbacher<br>330 Glen Summer Rd.<br>Pasadena, CA 91105 | Managing Member | | 10.62% |
| Robert Yamamoto<br>1787 Roosevelt Ave.<br>Altadena, CA 91001 | Managing Member | | .24% |
| Sam Grissom<br>Douglas S. Vocelle<br>104 Noah's Mill Rd.<br>Madison, MS 39110 | | | 7.59z5 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member (See Attached)** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　11/6/2023　　　　　Signature　_Michael Bollenbacher_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

Livingston Township Fund One, LLC
Title of Authorized Representative

Mike Bollenbacher, as a Managing Member of Los Robles MS Investment Properties, LLC, which is the Manager of Livingston Township Management, LLC, which is the Manager of Livingston Township Fund One, LLC.