**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**LIVINGSTON TOWNSHIP FUND ONE, LLC,**         **CASE NO. 23-02573-JAW**

**DEBTOR.**                                                                                        **CHAPTER 11**

**NOTICE OF 11 U.S.C. § 1188(a) STATUS CONFERENCE AND**
**DUE DATE FOR DEBTOR'S REPORT UNDER 11 U.S.C. § 1188(c)**

YOU ARE HEREBY NOTIFIED that the Status Conference required under 11 U.S.C. § 1188(a) to further the expeditious and economical resolution of this Subchapter V Reorganization case will be held on January 8, 2024, at 1:30 pm, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

ON OR BEFORE December 22, 2023, Debtor shall file with the court and serve on the trustee and all parties in interest the report required under 11 U.S.C. § 1188(c).

DATE:  November 7, 2023                                    Danny L. Miller, Clerk of Court
                                                                                 Thad Cochran U.S. Courthouse
                                                                                 501 E. Court St., Ste. 2.300
                                                                                 Jackson, MS 39201
                                                                                 601-608-4600


Courtroom Deputy
601-608-4693