## Livingston Township Fund One
## 31-Dec-22

|  |  | Jan - Dec 22 |
|---|---|---:|
| **Income** |  | 470,635.16 |
|  | **Rental Income** |  |
| **Total Income** |  | 470,635.16 |
|  |  | 470,635.16 |
| **Expense** |  |  |
|  | **Bank Charges** | 4,620.82 |
|  | **Dues and Subscriptions** | 0.00 |
|  | **Commissions Expense** | 13,433.00 |
|  | **Insurance Expense** | 44,050.40 |
|  | **Interest Expense** | 281,059.50 |
|  | **Janitorial** | 1,400.00 |
|  | **Landscape Maintenance** | 32,535.22 |
|  | **Lease Expense** | 0.00 |
|  | **Legal & Professional** | 11,462.50 |
|  | **Office Supplies** | 640.79 |
|  | **Outside Services** | 2,520.00 |
|  | **Pest Control** | 0.00 |
|  | **Postage and Duplication** | 1,300.10 |
|  | **Property Tax** | 54,444.19 |
|  | **Repairs** | 20,197.91 |
|  | **Telephone** | 3,649.13 |
|  | **Travel** | 0.00 |
|  | **Utilities** | 14,891.54 |
|  | **Waste** | 21,489.66 |
| **Total Expense** |  | 507,694.76 |
|  | **Net Income** | -37,059.60 |