**SO ORDERED,**

*/s/ Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: November 16, 2023

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC     CASE NO. 23-02573-JAW

### AGREED ORDER APPROVING MOTION FOR INTERIM ORDER FOR THE USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

**THIS MATTER** came on for the Court's consideration on Livingston Township Fund One, LLC's ("Livingston") *Motion for Interim Order for the Use of Cash Collateral and Granting Adequate Protection* [Dkt. #31] and the Response [Dkt. #41] filed on behalf of Bank of Montgomery ("BOM"). The Court, being fully advised in the premises, that Livingston and BOM are in agreement with the terms and conditions of this Order, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

2. That the terms and conditions of this Order shall remain in effect through and until December 5, 2023.

**IT IS HEREBY ORDERED** that Livingston shall be authorized to pay for all necessary maintenance, including janitorial, landscaping, property management, repairs maintenance, utilities and necessary insurance expenses as set out in Exhibit "A" attached hereto and incorporated herein.

**IT IS FURTHER ORDERED** that this limited use of cash collateral by Livingston to maintain stability and provide amenities, is approved.

**IT IS FURTHER ORDERED** that Bank of Montgomery shall be granted a replacement security interest in all rentals collected by Livingston under this order.

**IT IS FURTHER ORDERED** that this Motion shall be set for final hearing on **December 5, 2023** at **10:00 a.m.** in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi.

##END OF ORDER##

AGREED AS FORM AND CONTENT:

EILEEN N. SHAFFER, MSB #1687
Attorney for Debtor
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com

*/s/ Jim F. Spencer, Jr.*   *[with permission]*
JIM F. SPENCER, JR.
ERIN A. MCMANUS
Attorneys for Bank of Montgomery

*/s/ Craig M. Geno*   *[with permission]*
CRAIG M. GENO
Subchapter V Trustee

| VENDOR | SERVICE | EXPENSE AMOUNT |
|---|---|---|
| Arch | Insurance | $1,750.00 |
| All Hands Stage Crew | Grounds Keeper/Landscaping | $1,600.00 |
| Lisa Ellison | Bookkeeping | $ 250.00 |
| Kellis Moore | Janitorial Services | $ 250.00 |
| Kellis Moore | Property Mngr. | $ 250.00 |
| AT&T | Phone for Elevator | $ 336.88 |
| Bear Creek | Water | $ 253.96 |
| Entergy | Gas & Electric | $1,843.22 |
| Spectrum | Internet | $ 40.00 |
| Waste Management | Trash | $2,267.01 |
| | | **$8,841.07** |

**EXHIBIT "A"**