## MEMORANDUM OF UNDERSTANDING

**Name of Case/Matter:** *Livingston Township Fund One, LLC v. Bowen Eason; Livingston Mercantile Store, Inc.; and Livingston Springs Commissary, LLC*
**Court:** Madison County Circuit Court
**Cause No.:** 45CI1:24-cv-83-JA and 45CI1:24-cv-298-JA (Consolidated)
**FKB No.:** 25-1142
**Date of Mediation:** September 15, 2025
**Mediator:** F. Keith Ball
**Place of Mediation:** F. Keith Ball, PLLC, 970 Ebenezer Blvd., Madison, MS 39110

At the above-referenced mediation, the parties agreed to the following terms:

1. Payment of $ __300,000.00__ to Plaintiff Livingston Township Fund One, LLC by or on behalf of Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC, to be paid in full within 30 days of approval by the United States Bankruptcy Court for the Southern District of Mississippi.

2. Plaintiff and Defendants will sign full, final, and complete releases of all claims against each other.

3. The above-referenced case will be dismissed with prejudice.

4. This settlement is subject to approval by the United States Bankruptcy Court for the Southern District of Mississippi.

Dated this 15th day of September, 2025.

_____
Plaintiff Livingston Township Fund One, LLC

_____
Counsel for Plaintiff Livingston Township Fund One, LLC

_____
Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC

_____
Counsel for Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC

**EXHIBIT "A"**