IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                    CHAPTER 7

LIVINGSTON TOWNSHIP FUND ONE, LLC                      CASE NO. 23-02573-JAW

**ORDER APPROVING MOTION FOR APPROVAL
OF COMPROMISE AND SETTLEMENT PURSUANT TO RULE 9019**

**THIS MATTER** came on for the Court's consideration on the *Motion for Approval of Compromise and Settlement Pursuant to Rule 9019* [Dkt. # _____] filed on behalf of Livingston Township Fund One, LLC. The Court, after notice and no objections having been filed, does hereby find, as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

2. That on September 15, 2025, mediation was held and the parties agreed to the following settlement terms:

   - $300,000.00 shall be paid directly to Livingston on behalf of Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC to be paid in full within 30 days of approval by the United States Bankruptcy Court;

   - That the Plaintiff and Defendants will sign full, final and complete releases of all claims against each other; and

   - That the suit will be dismissed with prejudice against all defendants, upon Bankruptcy Court approval of the settlement and receipt of the settlement funds.

**IT IS HEREBY ORDERED** that the payment of $300,000.00 to Livingston Township Fund One, LLC on behalf of Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC to be paid in full within 30 days of approval by the United States Bankruptcy Court, is hereby approved.

**IT IS FURTHER ORDERED** that the Plaintiff and Defendants shall execute full, final and complete releases of all claims against each other.

**IT IS FURTHER ORDERED** that the suit shall be dismissed with prejudice against all defendants.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Livingston Township Fund One, LLC
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com