# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                    CHAPTER 7

LIVINGSTON TOWNSHIP FUND ONE, LLC                             CASE NO. 23-02573-JAW

## NOTICE OF MOTION FOR APPROVAL OF COMPROMISE
## AND SETTLEMENT PURSUANT TO RULE 9019

**NOTICE IS HEREBY GIVEN** that Livingston Township Fund One, LLC has filed a Motion for Approval of Compromise and Settlement Pursuant to Federal Rule of Bankruptcy Procedure 9019 regarding a lawsuit filed in the Circuit Court of Madison County, Mississippi *Livingston Township Fund One, LLC v. Bowen Eason; Livingston Mercantile Store, Inc.; and Livingston Springs Commissary, LLC, Cause No. 45CI1:24-cv-83-JA* and *45CI1:24-cv-298-JA* (Consolidated), as follows:

- $300,000.00 shall be paid directly to Livingston on behalf of Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC to be paid in full within 30 days of approval by the United States Bankruptcy Court;

- That the Plaintiff and Defendants will sign full, final and complete releases of all claims against each other; and

- That the suit will be dismissed with prejudice against all defendants, upon Bankruptcy Court approval of the settlement and receipt of the settlement funds.

**NOTICE IS HEREBY FURTHER GIVEN** that **TWENTY-ONE (21) DAYS** from the date of this Notice are granted in which a written objection or other responsive pleading may be filed with the Clerk, United States Bankruptcy Court, Thad Cochran United States Courthouse, 501 E. Court St., Suite 2.300, Jackson, MS 39201; and Eileen N. Shaffer, Attorney for Debtor, at the address listed below. If no objections are filed, the Court may consider this matter *EX PARTE*.

**DATED** this the _16th_ day of _September_, 2025.

_____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Trustee, do hereby certify that I have this date mailed, by United States Mail, postage prepaid, or electronically transmitted, a true and correct copy of the above and foregoing *Notice of Motion for Approval of Compromise and Settlement Pursuant to Rule 9019* to all creditors and parties in interest listed on the master address list on file, attached hereto as Exhibit "A" and to the parties listed below on the day and year hereinafter set forth:

>John D. Moore, Esq.
>Attorney for Defendants
>P.O. Box 3344
>Ridgeland, MS 39158
>johndmoore@msn.com
>
>United States Trustee
>USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED** this the \_\_\_16th\_\_\_ day of \_\_\_September\_\_\_, 2025.

_____
EILEEN N. SHAFFER

```
Label Matrix for local noticing          BOM Bank A/K/A Bank of Montgomery        Briar Patch, LLC
0538-3                                   c/o Jim F. Spencer, Jr., Esq.            1150 Cedars Ln
Case 23-02573-JAW                        Watkins & Eager PLLC                     Ste C
Southern District of Mississippi         P.O. Box 650                             Flora, MS 39071
Jackson-3 Divisional Office              Jackson, MS 39205-0650
Tue Sep 16 14:44:15 CDT 2025

Cedar Rose, LLC                          E&N, LLD d/b/a Plato Feliz Mexican Bar & Gri   Insight Group, LLC
116 Livingston Church Rd                 115 Livingston Church Rd                 c/o Reeves, Gentry & Vitart, PLLC
Ste 2D                                   Flora, MS 39071-8802                     409 W. Parkway Place
Flora, MS 39071-8801                                                              Suite 200
                                                                                  Ridgeland, MS 39157-6031

Jernigan Copeland Attorneys, PLLC        Livingston Candy & Creamery              Livingston Mercantile Store, Inc.
P O Box 2249                             1150 Old Cedars Ln                       106 Livingston Church Rd
Madison, MS 39130-2249                   Ste C                                    Flora, MS 39071-8801
                                         Flora, MS 39071-7504


Livingston Township Fund One, LLC        Livingston Viking, LLC                   Palmetto
116 Livingston Church Road               1030 Market St                           116 Livingston Church Rd
Suite C                                  Flora, MS 39071-7700                     Bldg J, Ste 2B
Flora, MS 39071-8801                                                              Flora, MS 39071-8801


The Office of Forrest A. Johnson, III, LLC   U.S. Bankruptcy Court                ASHFORD FAMILY ENTERP.
116 Livingston Church Rd                 Thad Cochran U.S. Courthouse             C/O JOHN CLAY
Ste C                                    501 E. Court Street                      208 SUNSET CIRCLE
Flora, MS 39071-8801                     Suite 2.300                              MADISON, MS 39110-7003
                                         Jackson, MS 39201-5036


BANK OF MONTGOMERY                       BANK OF MONTGOMERY                       BASILE TRUST
C/O ERIN MCMANUS, ESQ.                   C/O JIM SPENCER, ESQ.                    C/O STEVE BASILE
P.O. BOX 650                             P.O. BOX 650                             5826 BURTON AVE.
JACKSON, MS 39205-0650                   JACKSON, MS 39205-0650                   SAN GABRIEL, CA 91775-3099


BENNIE BOSTIC                            BOLLENBACHER FAMILY TR                   BRIAR PATCH
102 IVY BROOK DR.                        C/O MIKE BOLLENBACHER                    1150 OLD CEDARS LANE
MADISON, MS 39110-6518                   495 ELLIS ST                             SUITE C
                                         PASADENA, CA 91105-1616                  FLORA MS 39071-7504


Bank of Montgomery                       CEDAR ROSE, LLC                          Chestnut Developers, LLC
Erin McManus                             114 LIVINGSTON CHUR RD                   c/o Sarah Beth Wilson
P.O. Box 650                             SUITE 2D                                 4270 I-55 N
Jackson, MS 39205-0650                   FLORA, MS 39071                          Jackson, MS 39211-6391


Chestnut Hill, LLC                       DAVID SPECK                              Danielle Mashburn-Myrick, Esq.
c/o Sarah Beth Wilson                    760 FOUNTAIN SPRINGS                     Phelps Dunbar LLP
4270 I-55 N                              GLENDORA, CA 91741-2322                  Counsel for Jill Landrum
Jackson, Ms 39211-6391                                                            101 Dauphine St
                                                                                  Mobile, AL 36602-3209


Danielle Mashburn-Myrick, Esq.           David Landrum                            David Russell
Phelps Dunbar LLP                        c/o Sarah Beth Wilson                    1837 Crain Ridge Dr.
Counsel for T. David Landrum             4270 I-55 N                              Jackson, MS 39216-4902
101 Dauphin St                           Jackson, MS 39211-6391
Mobile, AL 36602-3209
```

EXHIBIT "A"

| | | |
|---|---|---|
| Department of Treasury -<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | E&N, LLC<br>115 LIVINGSTON CHURCH<br>FLORA, MS 39071-8802 | EQUITY TRUST CO.<br>C/O CHRIS KOOB<br>4389 MASON MONTGOMERY<br>MASON, OH 45040-9175 |
| EVERGREEN TRUST<br>ATTN: RUBY CHOU<br>P.O. BOX 1121<br>PALOS VERDES PEN, CA 90274-7921 | Erin A. McManus, Esq.<br>Watkins & Eager PLLC<br>Atty for BOM a/k/a Bank of Montgomery<br>Post Office Box 650<br>Jackson, MS 39205-0650 | GL&F, LP<br>Attn: Gene Hutcheson<br>760 Cedar Hill Rd.<br>Flora, MS 39071-9634 |
| Garrett Alan Anderson, Esq.<br>Phelps Dunbar LLP<br>Atty for T. David Landrum and Jill Landr<br>4270 I-55 North<br>Jackson, MS 39211-6391 | Gene Loper, M.D.<br>309 Green Glades Cove<br>Ridgeland, MS 39157-8670 | Harris H Barnes, III, Esq.<br>Barnes, Bailey & Janoush, P. A.<br>Atty for T. David Landrum<br>5 River Bend Place, Suite A<br>Flowood, MS 39232-7618 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | JUAN QUINTERO<br>540 DE SALES ST.<br>SAN GABRIEL, CA 91775-2136 |
| James Williams Janoush, Esq.<br>Barnes Bailey & Janoush, P. A.<br>Atty for David Landrum and Jill Landrum<br>5 River Bend Place, Suite A<br>Flowood, MS 39232-7618 | James Williams Janoush, Esq.<br>Barnes Bailey & Janoush, P. A.<br>Atty for Jill Landrum as a Member of Liv<br>5 River Bend Place, Suite A<br>Flowood, MS 39232-7618 | Jesse Brewer<br>3410 Patterson Dr<br>Pearl MS 39208-3636 |
| Jill Landrum<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, MS 39211-6391 | Jim F. Spencer, Jr., Esq.<br>Watkins & Eager PLLC<br>Atty for BOM a/k/a Bank of Montgomery<br>Post Office Box 650<br>Jackson, MS 39205-0650 | John D. Moore, Esq.<br>For Livingston Mercantile Store, dba The<br>P. O. Box 3344<br>Ridgeland, MS 39158-3344 |
| John M. Lassiter, Sr., Esq.<br>Burr & Forman, LLP<br>For David Landrum<br>190 East Capitol Street, Suite M-100<br>Jackson, MS 39201-2149 | LIVINGSTON CANDY & CRE<br>1150 OD CEDARS LANE<br>FLORA, MS 39071-7504 | LIVINGSTON CELLARS, LL<br>1150 OLD CEDARS LANE<br>SUITE B<br>COLUMBUS, MS 39701 |
| Livingston Holdings, LLC<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, MS 39211-6391 | Livingston Township Management, LLC<br>495 Ellis St<br>Pasadena, CA 91105-1616 | Livingston Township Management, LLC<br>Livingston Township c/o Sarah Beth Wilso<br>4270 I-55 N<br>Jackson, MS 39211-6391 |
| Los Robles MS Investment Prop, LLC<br>1787 Roosevelt Ave<br>Altadena, CA 91001-3618 | MARK FLEWELLING<br>2555 BOULDER RD.<br>ALTADENA, CA 91001-2612 | MICHAEL L. SHARPE<br>6730 HUASNA ROAD<br>ARROYO GRANDE, CA 93420 |
| MIKE BOLLENBACHER<br>495 Ellis St<br>PASADENA, CA 91105-1616 | MIKE MARSHALL<br>116 LIVINGSTON CHUR RD<br>SUITE C<br>FLORA, MS 39071-8801 | MITZI WILINSON<br>116 LIVINGSTON CHUR RD<br>FLORA, MS 39071-8801 |

| | | |
|---|---|---|
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Mario Arazon<br>1855 Chicago Ave.<br>Riverside, CA 92507-2303 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Natalie A Cosmich, Esq.<br>Burr & Forman LLP<br>Counsel for David Landrum<br>190 East Capitol Street, Suite M-100<br>Jackson, MS 39201-2149 | PALMETTO<br>114 LIVINGST CHUR RD<br>UNIT C<br>FLORA, MS 39071 | Pinnacle Trust Co.<br>Attn: Charles Brabham<br>3018 Serena Vista Way<br>Houston, TX 77068-3740 |
| Pinnacle Trust Co.<br>Attn: Freda Bush<br>1020 River Oaks Dr.<br>Flowood, MS 39232-9500 | R. Neill Bryant, Esq.<br>Reeves, Gentry & Vitart, PLLC<br>Atty for Insight Group, LLC<br>409 W. Parkway Place, Suite 200<br>Ridgeland, MS 39157-6031 | ROBERT YAMAMOTO<br>1787 ROOSEVELT AVENUE<br>ALTADENA, CA 91001-3618 |
| SAM GRISSOM<br>DOUGLAS S. VOCELLE<br>7752 EADS AVE<br>LA JOLLA CA 92037-4302 | SBA<br>% DREW NORWOOD<br>501 E COURT ST #4.430<br>JACKSON, MS 39201-5025 | SBA<br>P.O. BOX 3918<br>PORTLAND, OR 97208-3918 |
| Sarah Beth Wilson, Esq.<br>Phelps Dunbar LLP<br>Counsel for Jill Landrum<br>4270 I-55 North<br>Jackson, MS 39211-6391 | Sarah Beth Wilson, Esq.<br>Phelps Dunbar LLP<br>Counsel for T. David Landrum<br>4270 I-55 North<br>Jackson, MS 39211-6391 | THE GATHERING<br>106 LIVINGSTON CHUR RD<br>FLORA, MS 39071-8801 |
| THOMAS D. LANDRUM<br>1004 Annandale Dr<br>MADISON, MS 39110-9449 | Thomas Jackson Schultz, Esq.<br>Burr & Forman LLP<br>For David Landrum<br>190 E Capitol St, Suite M-100<br>Jackson, MS 39201-2149 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | (p)UNITED STATES SMALL BUSINESS ADMINISTRATIO<br>ATTN LOUISIANA DISTRICT OFFICE<br>500 POYDRAS STREET SUITE 828<br>NEW ORLEANS LA 70130-3374 | USDA<br>C/O DREW NORWOOD<br>501 E COURT ST. S4.430<br>JACKSON, MS 39201-5022 |
| USDA RURAL DEVELOPMENT<br>P.O. BOX 66879<br>SAINT LOUIS, MO 63166-6879 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | William Bowie<br>18380 Emory Rd.<br>West, MS 39192-8247 |
| Andrew J. Clark<br>Jernigan Copeland Attorneys PLLC<br>PO Box 2249<br>Madison, MS 39130-2249 | Christine Greenlee<br>Heritage Real Estate, LLC<br>464 Church Road<br>Suite 700<br>Madison, MS 39110-6913 | (p)EILEEN N SHAFFER<br>P O BOX 1177<br>JACKSON MS 39215-1177 |
| Jitu Patel<br>658 Sheringham Court<br>Ridgeland, MS 39157 | Kellis Moore<br>101 Dogwood Trail<br>Brandon, MS 39047-9547 | Kirti Desai dba Sweet Magnolia Wine & Spirit<br>628 Sheringham Court<br>Ridgeland, MS 39157-4194 |

| | | |
|---|---|---|
| Lisa Ellison<br>702 1/2 Brent Ave<br>South Pasadena, CA 91030-2706 | Mitzi Wilkinson<br>116 Livingston Church Rd<br>Ste A<br>Flora, MS 39071-8801 | Patrick Karapetian<br>Phillips & Company<br>909 East Green Street<br>Pasadena, CA 91106-2996 |
| Steven H. Smith<br>4316 Old Canton Rd.<br>Suite 200<br>Jackson, MS 39211-6059 | Steven H. Smith<br>Steven H. Smith, PLLC<br>4316 Old Canton Road<br>Ste. 200<br>Jackson, MS 39211-6059 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | U.S. Small Business Administration<br>500 Poydras Street, Ste. 828<br>New Orleans, LA 70130 |
| Eileen N. Shaffer<br>P O Box 1177<br>Jackson, MS 39215 | (d)Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215-1177 | (d)Eileen N. Shaffer<br>Eileen N. Shaffer<br>PO Box 1177<br>Jackson, MS 39215-1177 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Baird Engineering, Inc. | (u)Livingston Cellars, LLC | (u)Livingston Mercantile |
| (u)TDL2 Restaurant Group, LLC | (u)The Gathering | (d)LIVINGSTON VIKING<br>1030 MARKET STREET<br>FLORA, MS 39071-7700 |
| (u)Jill Landrum | (u)Jill Landrum<br>as a Member of Livingston Holdings, LLC | (u)Jill B. Landrum |
| (u)T. David Landrum | (u)Thomas David Landrum | (u)Thomas David Landrum, II |

End of Label Matrix
Mailable recipients    95
Bypassed recipients    12
Total                 107