IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                           CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC                    CASE NO. 23-02573-JAW

## THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF EILEEN N. SHAFFER

**COMES NOW, Eileen N. Shaffer**, and files this her Third Application of Attorney for Allowance of Compensation and Reimbursement of Necessary Expenses, and in support thereof, would show unto the Court the following matters, to-wit:

1. A Voluntary Petition for reorganization, pursuant to Chapter 11 of the Bankruptcy Code was filed in the Jackson Division of the United States Bankruptcy Court for the Southern District of Mississippi by Livingston Township Fund One, LLC on November 6, 2023.

2. On December 1, 2023, an Order [Dkt. #94] was entered authorizing the Debtor-in-Possession to appoint and employ Eileen N. Shaffer as its attorney to perform legal services.

3. Applicant, Thomas Carl Rollins, Jr., and Steven H. Smith received a joint retainer in the total amount of $15,000.00.

4. On June 21, 2024, an Agreed Order [Dkt. #425] was entered approving Eileen N. Shaffer's fees in the amount of $48,525.00 and expenses in the amount of $1,406.31, for a total of $49,931.31.

5. One April 1, 2025, an Order [Dkt. #530] was entered approving Eileen N. Shaffer's fees in the amount of $27,702.50 and expenses in the amount of $605.14, for a total of $28,307.64.

6. This is a third request for compensation. The Court has authority to allow this

compensation and to pay the same as authorized by 11 U.S.C. § 330, after notice and a hearing.

7. The undersigned is a duly licensed and authorized Attorney at Law, practicing in Jackson, Mississippi, having graduated from the Mississippi College School of Law in May, 1983.

8. Applicant has taken into consideration the factors outlined in *Johnson v. Georgia Highway Express, Inc.*, 499 F. 2d, 714 (5th Cir. 1974), made applicable to proceedings in this Court by the decision in *In Re First Colonial Corp. of America*, 544 F. 2d, 1291 (5th Cir., *cert denied*, 97 S. Ct. 1696, [1977]), in establishing a reasonable request for compensation, and as shown by the discussion of those factors contained herein, the fee requested by Applicant is supported by the Johnson criteria. In addition, the fee is reasonable in light of the requirement that bankruptcy estates be administered as economically as possible, and all the services rendered are of a legal nature, requiring the services of an attorney.

9. That **Exhibit "A"** to this Application is the amount of time and labor required during such time, as required by Bankruptcy Rule 2016(a), and a detailed record of expenses incurred by Applicant. Applicant's time records are recorded contemporaneously with the rendition of services and set forth the time spent on a daily basis. All these hours are reasonable and necessary for the preservation of the Estate, and to assist the Debtor in its bankruptcy proceeding.

10. No understanding exists between Applicant and any other person for the sharing of any compensation to be received.

11. In accordance with the authorization of Eileen N. Shaffer, as attorney for the Debtor-in-Possession, said attorney has been called upon to provide extensive legal services to

the Debtor. Services during this period entailed the performance of substantial work on advising the Debtor, examining the pleadings that have been filed in this case, and preparing for numerous hearings.

12. To a certain extent, other employment was precluded by services rendered in that at certain periods of the administration of this bankruptcy, the legal representation of the Debtor prevented their attorney from accepting additional cases.

13. Applicant's customary fee or hourly rate is $350.00 for services before the United States Bankruptcy Court. Applicant would further show unto the Court that the prevailing rates of attorneys having expertise and ability comparable to that of Applicant range from $200.00 to $450.00 per hour for ordinary services. In support of this hourly rate, Applicant would show unto the Court her Affidavit, attached hereto as **Exhibit "B"**, as required by the court in *National Association of Concerned Vets v. Secretary of Defense*, 675 F. 2d, 1319, D.C. Cir. (1982). In support of this hourly rate, Applicant would show unto the Court that 11 U.S.C. § 503(b)(4) allows for fees to be comparable with fees charged in non-bankruptcy cases. A House Report discussed a prior case that set an arbitrary standard for attorney's fees.

> If that case were allowed to stand, attorneys that could earn much higher incomes in other fields would leave the bankruptcy arena. H. Report 95-595, pg. 296 through 330.

The fee in this case was fixed to be based on an hourly rate.

14. There were time limitations imposed by the circumstances of the case, and the needs of the Debtor.

15. The experience, reputation and ability of Applicant is well known to this Court, and the Court is able to make its own determinations about these matters. In support of the

Court's conclusion on this point, Applicant would show unto the Court the facts set out in Applicant's Affidavit attached hereto.

16. This hourly rate and fees sought are in line with fees made by this Court in other bankruptcy cases and are in line with other fees charged regular clients by Applicant, and other attorneys in the Jackson, Mississippi area.

17. That the Debtor has been given the opportunity to review the application and approved the requested amount.

**WHEREFORE, PREMISES CONSIDERED**, Applicant prays that after notice and a hearing, the Court will grant Applicant reasonable compensation in the amount of $2,080.00 for legal services rendered and $102.23 for expenses incurred in this case, being a total of $2,182.23 to be paid from the available funds of the bankruptcy estate.

**DATED** this the _____ day of _____, 2025.

Respectfully submitted,

LIVINGSTON TOWNSHIP FUND ONE, LLC

By: _____
EILEEN N. SHAFFER
Its Attorney

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
Ph: (601) 969-3006
email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

    I, Eileen N. Shaffer, Attorney for Debtor-in-Possession, do hereby certify that I have this date electronically transmitted via CM/ECF Noticing, a true and correct copy of the above and foregoing Application of Debtor-in-Possession to Employ Counsel to the following on the day and year hereinafter set forth:

        United States Trustee
        USTPRegion5.JA.ECF@usdoj.gov

**SO CERTIFIED**, this the ___ day of _October_____, 2025.

_____
EILEEN N. SHAFFER