EILEEN N. SHAFFER
ATTORNEY AT LAW
POST OFFICE BOX 1177
JACKSON, MS 39215-1177

Invoice submitted to:
LIVINGSTON TOWNSHIP FUND ONE, LLC

October 8, 2025

Invoice # 19608        6562

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/1/2025 | SM | RESEARCH RE: INVOICE PAID TO BAIRD ENGINEERING RE: THE GATHERING SALE | 0.20 | 15.00 |
| 3/17/2025 | ES | EMAIL TO BAIRD ENGINEERING RE: GATHERING SALE | 0.20 | 70.00 |
| 3/25/2025 | ES | EMAIL TO J. SPENCER RE: MORTGAGE STATEMENT | 0.10 | 35.00 |
| | ES | TEL CONF W/J. SPENCER RE: MORTGAGE STATEMENT | 0.10 | 35.00 |
| | ES | EMAIL TO CLIENT RE: MORTGAGE STATEMENT | 0.10 | 35.00 |
| 5/19/2025 | ES | EMAIL TO J. SPENCER RE: MORTGAGE STATEMENT | 0.20 | 70.00 |
| 6/12/2025 | ES | REVIEW INFORMATION RE: SALES OF PROPERTY AND EMAIL TO CLIENT RE: PAYMENTS TO LENDERS | 0.50 | 175.00 |
| 6/17/2025 | ES | EMAIL W/CPA RE: PAYMENTS MADE TO BOM | 0.20 | 70.00 |
| 6/18/2025 | ES | TEL CONF W/J. SPENCER RE: MORTGAGE INFORMATION | 0.20 | 70.00 |
| | ES | EMAIL TO CPA RE: BOM | 0.20 | 70.00 |
| 8/26/2025 | ES | REVIEW DOCKET; PREPARE DOCUMENTS FOR MEDIATION | 0.50 | 175.00 |
| 9/4/2025 | ES | EMAIL TO UST RE: QUARTERLY PAYMENTS | 0.20 | 70.00 |
| 9/15/2025 | ES | TEL CONF W/PARTIES RE: MEDIATION | 0.20 | 70.00 |
| | ES | TEL CONF W/STEVE SMITH RE: MEDIATION | 0.20 | 70.00 |
| | ES | PREPARE APP, NOTICE & ORDER RE: APPROVAL OF MEDIATION | 2.00 | 700.00 |

**EXHIBIT "A"**

LIVINGSTON TOWNSHIP FUND ONE, LLC                                    Page          2

|  |  | Hours | Amount |
|---|---|---:|---:|
| 10/8/2025 ES | PREPARE APP, NOTICE & ORDER RE: ENS FEES | 1.00 | 350.00 |
|  | For professional services rendered | 6.10 | $2,080.00 |
|  | Additional Charges : |  |  |
|  |  | Qty/Price |  |
| 8/26/2025 | Copying cost | 94 / 0.25 | 23.50 |
| 9/17/2025 | Copying cost | 46 / 0.25 | 11.50 |
|  | Postage | 1 / 25.74 | 25.74 |
| 10/8/2025 | Copying cost | 63 / 0.25 | 15.75 |
|  | Postage | 1 / 25.74 | 25.74 |
|  | Total costs |  | $102.23 |
|  | Total amount of this bill |  | $2,182.23 |
|  | Balance due |  | $2,182.23 |