IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                           CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC                          CASE NO. 23-02573-JAW

ORDER APPROVING THIRD APPLICATION FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
OF NECESSARY EXPENSES OF EILEEN N. SHAFFER

THIS MATTER came on for the Court's consideration on the Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses [Dkt. #____] filed on behalf of Eileen N. Shaffer. After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

IT IS HEREBY ORDERED that the Application filed on behalf of Eileen N. Shaffer in the amount of in the amount of $2,080.00 for legal services rendered and $102.23 for expenses incurred, being a total of $2,182.23, is hereby approved and may be paid from the available proceeds of the bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Debtor-in-Possession
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com