# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                  CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC           CASE NO. 23-02573-JAW

## NOTICE OF THIRD APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR EILEEN N. SHAFFER

**NOTICE IS HEREBY GIVEN** that Eileen N. Shaffer, Attorney for Livingston Township Fund One, LLC has filed a Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses with the United States Bankruptcy Court, for compensation in the amount of $2,080.00 for legal services rendered and $102.23 for expenses incurred, being a total of $2,182.23, to be paid from the available funds of the estate.

**NOTICE IS HEREBY FURTHER GIVEN** that any creditor or party-in-interest desiring to object to said Application is required to file a written objection with the Clerk, United States Bankruptcy Court, 501 E. Court St., Suite 2.300, Jackson, MS 39201, and to serve a copy upon Eileen N. Shaffer, Attorney for Livingston Township Fund One, LLC, at the address listed herein below; and upon the United States Trustee, 501 E. Court St., Suite 6.430, Jackson, MS 39201. The **DEADLINE DATE** for filing objections to the Application is **TWENTY-ONE (21) DAYS** from the date of this Notice.

**NOTICE IS FURTHER GIVEN** that in the event such written objection or other responsive pleading is not filed on or before TWENTY-ONE (21) days after the date of this notice, said Application shall be determined *EX PARTE* by the Court.

DATED, this the _9th_ day of _October_, 2025.

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com

## CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, Attorney for Livingston Township Fund One, LLC, do hereby certify that I have mailed, by United States Mail, postage prepaid, or electronically transmitted via the Court's CM/ECF Noticing system, a true and correct copy of the above and foregoing Notice of Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses for Eileen N. Shaffer to all creditors and parties in interest listed on the master address list attached hereto as Exhibit "A", and to the following:

        United States Trustee
        USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED**, this the _____ day of _____ 2025.

                                          _____
                                          EILEEN N. SHAFFER

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 23-02573-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Wed Oct  8 13:35:16 CDT 2025 | BOM Bank A/K/A Bank of Montgomery<br>c/o Jim F. Spencer, Jr., Esq.<br>Watkins & Eager PLLC<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Briar Patch, LLC<br>1150 Cedars Ln<br>Ste C<br>Flora, MS 39071 |
| Cedar Rose, LLC<br>116 Livingston Church Rd<br>Ste 2D<br>Flora, MS 39071-8801 | E&N, LLD d/b/a Plato Feliz Mexican Bar & Gri<br>115 Livingston Church Rd<br>Flora, MS 39071-8802 | Insight Group, LLC<br>c/o Reeves, Gentry & Vitart, PLLC<br>409 W. Parkway Place<br>Suite 200<br>Ridgeland, MS 39157-6031 |
| Jernigan Copeland Attorneys, PLLC<br>P O Box 2249<br>Madison, MS 39130-2249 | Livingston Candy & Creamery<br>1150 Old Cedars Ln<br>Ste C<br>Flora, MS 39071-7504 | Livingston Mercantile Store, Inc.<br>106 Livingston Church Rd<br>Flora, MS 39071-8801 |
| Livingston Township Fund One, LLC<br>116 Livingston Church Road<br>Suite C<br>Flora, MS 39071-8801 | Livingston Viking, LLC<br>1030 Market St<br>Flora, MS 39071-7700 | Palmetto<br>116 Livingston Church Rd<br>Bldg J, Ste 2B<br>Flora, MS 39071-8801 |
| The Office of Forrest A. Johnson, III, LLC<br>116 Livingston Church Rd<br>Ste C<br>Flora, MS 39071-8801 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | ASHFORD FAMILY ENTERP.<br>C/O JOHN CLAY<br>208 SUNSET CIRCLE<br>MADISON, MS 39110-7003 |
| BANK OF MONTGOMERY<br>C/O ERIN MCMANUS, ESQ.<br>P.O. BOX 650<br>JACKSON, MS 39205-0650 | BANK OF MONTGOMERY<br>C/O JIM SPENCER, ESQ.<br>P.O. BOX 650<br>JACKSON, MS 39205-0650 | BASILE TRUST<br>C/O STEVE BASILE<br>5826 BURTON AVE.<br>SAN GABRIEL, CA 91775-3099 |
| BENNIE BOSTIC<br>102 IVY BROOK DR.<br>MADISON, MS 39110-6518 | BOLLENBACHER FAMILY TR<br>C/O MIKE BOLLENBACHER<br>495 ELLIS ST<br>PASADENA, CA 91105-1616 | BRIAR PATCH<br>1150 OLD CEDARS LANE<br>SUITE C<br>FLORA MS 39071-7504 |
| Bank of Montgomery<br>Erin McManus<br>P.O. Box 650<br>Jackson, MS 39205-0650 | CEDAR ROSE, LLC<br>114 LIVINGSTON CHUR RD<br>SUITE 2D<br>FLORA, MS 39071 | Chestnut Developers, LLC<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, MS 39211-6391 |
| Chestnut Hill, LLC<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, Ms 39211-6391 | DAVID SPECK<br>760 FOUNTAIN SPRINGS<br>GLENDORA, CA 91741-2322 | Danielle Mashburn-Myrick, Esq.<br>Phelps Dunbar LLP<br>Counsel for Jill Landrum<br>101 Dauphine St<br>Mobile, AL 36602-3209 |
| Danielle Mashburn-Myrick, Esq.<br>Phelps Dunbar LLP<br>Counsel for T. David Landrum<br>101 Dauphin St<br>Mobile, AL 36602-3209 | David Landrum<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, MS 39211-6391 | David Russell<br>1837 Crain Ridge Dr.<br>Jackson, MS 39216-4902 |

EXHIBIT "A"

Department of Treasury -
Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

E&N, LLC
115 LIVINGSTON CHURCH
FLORA, MS 39071-8802

EQUITY TRUST CO.
C/O CHRIS KOOB
4389 MASON MONTGOMERY
MASON, OH 45040-9175

EVERGREEN TRUST
ATTN: RUBY CHOU
P.O. BOX 1121
PALOS VERDES PEN, CA 90274-7921

Erin A. McManus, Esq.
Watkins & Eager PLLC
Atty for BOM a/k/a Bank of Montgomery
Post Office Box 650
Jackson, MS 39205-0650

GL&F, LP
Attn: Gene Hutcheson
760 Cedar Hill Rd.
Flora, MS 39071-9634

Garrett Alan Anderson, Esq.
Phelps Dunbar LLP
Atty for T. David Landrum and Jill Landr
4270 I-55 North
Jackson, MS 39211-6391

Gene Loper, M.D.
309 Green Glades Cove
Ridgeland, MS 39157-8670

Harris H Barnes, III, Esq.
Barnes, Bailey & Janoush, P. A.
Atty for T. David Landrum
5 River Bend Place, Suite A
Flowood, MS 39232-7618

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
c/o United States Attorney
501 E. Court Street, Ste. 4.430
Jackson, MS 39201-5025

JUAN QUINTERO
540 DE SALES ST.
SAN GABRIEL, CA 91775-2136

James Williams Janoush, Esq.
Barnes Bailey & Janoush, P. A.
Atty for David Landrum and Jill Landrum
5 River Bend Place, Suite A
Flowood, MS 39232-7618

James Williams Janoush, Esq.
Barnes Bailey & Janoush, P. A.
Atty for Jill Landrum as a Member of Liv
5 River Bend Place, Suite A
Flowood, MS 39232-7618

Jesse Brewer
3410 Patterson Dr
Pearl MS 39208-3636

Jill Landrum
c/o Sarah Beth Wilson
4270 I-55 N
Jackson, MS 39211-6391

Jim F. Spencer, Jr., Esq.
Watkins & Eager PLLC
Atty for BOM a/k/a Bank of Montgomery
Post Office Box 650
Jackson, MS 39205-0650

John D. Moore, Esq.
For Livingston Mercantile Store, dba The
P. O. Box 3344
Ridgeland, MS 39158-3344

John M. Lassiter, Sr., Esq.
Burr & Forman, LLP
For David Landrum
190 East Capitol Street, Suite M-100
Jackson, MS 39201-2149

LIVINGSTON CANDY & CRE
1150 OD CEDARS LANE
FLORA, MS 39071-7504

LIVINGSTON CELLARS, LL
1150 OLD CEDARS LANE
SUITE B
COLUMBUS, MS 39701

Livingston Holdings, LLC
c/o Sarah Beth Wilson
4270 I-55 N
Jackson, MS 39211-6391

Livingston Township Management, LLC
495 Ellis St
Pasadena, CA 91105-1616

Livingston Township Management, LLC
Livingston Township c/o Sarah Beth Wilso
4270 I-55 N
Jackson, MS 39211-6391

Los Robles MS Investment Prop, LLC
1787 Roosevelt Ave
Altadena, CA 91001-3618

MARK FLEWELLING
2555 BOULDER RD.
ALTADENA, CA 91001-2612

MICHAEL L. SHARPE
6730 HUASNA ROAD
ARROYO GRANDE, CA 93420

MIKE BOLLENBACHER
495 Ellis St
PASADENA, CA 91105-1616

MIKE MARSHALL
116 LIVINGSTON CHUR RD
SUITE C
FLORA, MS 39071-8801

MITZI WILINSON
116 LIVINGSTON CHUR RD
FLORA, MS 39071-8801

| | | |
|---|---|---|
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Mario Arazon<br>1855 Chicago Ave.<br>Riverside, CA 92507-2303 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Natalie A Cosmich, Esq.<br>Burr & Forman LLP<br>Counsel for David Landrum<br>190 East Capitol Street, Suite M-100<br>Jackson, MS 39201-2149 | PALMETTO<br>114 LIVINGST CHUR RD<br>UNIT C<br>FLORA, MS 39071 | Pinnacle Trust Co.<br>Attn: Charles Brabham<br>3018 Serena Vista Way<br>Houston, TX 77068-3740 |
| Pinnacle Trust Co.<br>Attn: Freda Bush<br>1020 River Oaks Dr.<br>Flowood, MS 39232-9500 | R. Neill Bryant, Esq.<br>Reeves, Gentry & Vitart, PLLC<br>Atty for Insight Group, LLC<br>409 W. Parkway Place, Suite 200<br>Ridgeland, MS 39157-6031 | ROBERT YAMAMOTO<br>1787 ROOSEVELT AVENUE<br>ALTADENA, CA 91001-3618 |
| SAM GRISSOM<br>DOUGLAS S. VOCELLE<br>7752 EADS AVE<br>LA JOLLA CA 92037-4302 | SBA<br>% DREW NORWOOD<br>501 E COURT ST #4.430<br>JACKSON, MS 39201-5025 | SBA<br>P.O. BOX 3918<br>PORTLAND, OR 97208-3918 |
| Sarah Beth Wilson, Esq.<br>Phelps Dunbar LLP<br>Counsel for Jill Landrum<br>4270 I-55 North<br>Jackson, MS 39211-6391 | Sarah Beth Wilson, Esq.<br>Phelps Dunbar LLP<br>Counsel for T. David Landrum<br>4270 I-55 North<br>Jackson, MS 39211-6391 | THE GATHERING<br>106 LIVINGSTON CHUR RD<br>FLORA, MS 39071-8801 |
| THOMAS D. LANDRUM<br>1004 Annandale Dr<br>MADISON, MS 39110-9449 | Thomas Jackson Schultz, Esq.<br>Burr & Forman LLP<br>For David Landrum<br>190 E Capitol St, Suite M-100<br>Jackson, MS 39201-2149 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | (p)UNITED STATES SMALL BUSINESS ADMINISTRATIO<br>ATTN LOUISIANA DISTRICT OFFICE<br>500 POYDRAS STREET SUITE 828<br>NEW ORLEANS LA 70130-3374 | USDA<br>C/O DREW NORWOOD<br>501 E COURT ST. S4.430<br>JACKSON, MS 39201-5022 |
| USDA RURAL DEVELOPMENT<br>P.O. BOX 66879<br>SAINT LOUIS, MO 63166-6879 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | William Bowie<br>18380 Emory Rd.<br>West, MS 39192-8247 |
| Andrew J. Clark<br>Jernigan Copeland Attorneys PLLC<br>PO Box 2249<br>Madison, MS 39130-2249 | Christine Greenlee<br>Heritage Real Estate, LLC<br>464 Church Road<br>Suite 700<br>Madison, MS 39110-6913 | (p)EILEEN N SHAFFER<br>P O BOX 1177<br>JACKSON MS 39215-1177 |
| Jitu Patel<br>658 Sheringham Court<br>Ridgeland, MS 39157 | Kellis Moore<br>101 Dogwood Trail<br>Brandon, MS 39047-9547 | Kirti Desai dba Sweet Magnolia Wine & Spirit<br>628 Sheringham Court<br>Ridgeland, MS 39157-4194 |

Lisa Ellison
702 1/2 Brent Ave
South Pasadena, CA 91030-2706

Mitzi Wilkinson
116 Livingston Church Rd
Ste A
Flora, MS 39071-8801

Patrick Karapetian
Phillips & Company
909 East Green Street
Pasadena, CA 91106-2996

Steven H. Smith
4316 Old Canton Rd.
Suite 200
Jackson, MS 39211-6059

Steven H. Smith
Steven H. Smith, PLLC
4316 Old Canton Road
Ste. 200
Jackson, MS 39211-6059

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

MS State Tax Commission
Bankruptcy Section
P.O. Box 23338
Jackson, MS 39225

U.S. Small Business Administration
500 Poydras Street, Ste. 828
New Orleans, LA 70130

Eileen N. Shaffer
P O Box 1177
Jackson, MS 39215

(d)Eileen N. Shaffer
P.O. Box 1177
Jackson, MS 39215-1177

(d)Eileen N. Shaffer
Eileen N. Shaffer
PO Box 1177
Jackson, MS 39215-1177


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Baird Engineering, Inc.

(u)Livingston Cellars, LLC

(u)Livingston Mercantile


(u)TDL2 Restaurant Group, LLC

(u)The Gathering

(d)LIVINGSTON VIKING
1030 MARKET STREET
FLORA, MS 39071-7700


(u)Jill Landrum

(u)Jill Landrum
as a Member of Livingston Holdings, LLC

(u)Jill B. Landrum


(u)T. David Landrum

(u)Thomas David Landrum

(u)Thomas David Landrum, II

End of Label Matrix  
Mailable recipients    95  
Bypassed recipients    12  
Total                 107