## Steven H. Smith & Associates. PLLC
4316 Old Canton Road
Suite 200
Jackson, MS 39211 USA

Ph:601-987-4800          Fax:601-987-6600

Michael Bollenbacher                                                                April 7, 2025
1974 Lincoln Avenue
Pasadena, CA
91103 USA

|  |  |
|---|---|
| File #: | 1810-001 |
| Inv #: | 2812 |

### Due Upon Receipt

RE:     Livingston Township Fund One - Bank of Montgomery

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-03-25 | Read and reviewed the Bowen Eason interrogatories and request for production of documents and marked up in order to obtain assistance in providing answers thereto. 1.0 hours; telephone conference with Mike Bollenbacher in order to set up meeting with Kellis Moore to obtain the documents to be produced and discuss the answers to the interrogatories. .25 hours | 1.25 | 343.75 | SHS |
| Mar-04-25 | Begin reviewing portions of the discovery documents produced in Bowen Eason case to be tendered to Bowen Eason pursuant to their request for production of documents. 2.0 hours; work on numerous issues and questions to address with Kellis Moore on Wednesday, March 6, 2025. .75 hours | 2.75 | 756.25 | SHS |
| Mar-05-25 | Continued reading and review of documents produced by Kellis Moore and rent checks in preparation for meeting with Kellis to review the documents and work on answering the interrogatories propounded by Bowen Eason. 1.75 hours; pull several other documents in my file to review and address with Kellis regarding other issues and their defenses and denial of our allegations in our Complaint. 1.25 hours; | 4.75 | 1,306.25 | SHS |

# EXHIBIT A

| Invoice #: | 2812 | Page 2 | | | April 7, 2025 |
|---|---|---|---|---|---|
| | lengthy meeting with Kellis more to review the documents she produced and work on answering discovery. 1.75 hours | | | | |
| Mar-06-25 | Continued work in preparing the formal responses to the discovery received from Bowen Eason. 1.5 hours; telephone conferences with Kellis Moore regarding additional discovery she was to provide us, the updated spreadsheet and numerous other aspects of the discovery. 75 hours | | 2.25 | 618.75 | SHS |
| Mar-07-25 | Worked on preparing a rough draft of all of our responses to the interrogatories and request for production of documents propounded by Bowen Eason. 3.25 hours; lengthy telephone conference with Mike Bollenbacher in order to answer the interrogatories and to discuss numerous issues and content of numerous documents being produced. .75 hours; additional review of numerous texts and emails and rent checks provided by Kellis Moore in preparing the answers to interrogatories and production of documents. 1.75 hours | | 5.75 | 1,581.25 | SHS |
| | Totals | | 16.75 | $4,606.25 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$4,606.25** |
| Previous Balance | 48,192.16 |
| Interest Rate | 0.00% |
| Interest Due | $0.00 |

TAX ID Number    26-1811431

**Balance Now Due**    **$52,798.41**

## *Steven H. Smith & Associates, PLLC*
4316 Old Canton Road
Suite 200
Jackson, MS 39211 USA

Ph:601-987-4800    Fax:601-987-6600

Michael Bollenbacher
1974 Lincoln Avenue
Pasadena, CA
91103 USA

August 11, 2025

File #:  1810-001
Inv #:   2848

### *Due Upon Receipt*

RE:   Livingston Township Fund One - Bank of Montgomery

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-12-25 | Email to John Moore regarding the deadline for mediation and copied Mike Bollenbacher. .25 hours; telephone conference with Mike Bollenbacher regarding the mediation dates. .25 hours; email to Mike Bollenbacher regarding the mediation dates and to the mediator in order to finalize a date. .25 hours | 0.75 | 206.25 | SHS |
| Jul-14-25 | Read and reviewed the promissory notes on both tenants along with the statements and other documents in the file. 1.25 hours; telephone conferences with Kellis Moore regarding the balances owed, months owed, months paid, late fees and other issues in order to compute the total amount due and owing on each note. .5 hours; telephone conference with Mike Bollenbacher regarding same and work on drafting a rough draft demand letter to all parties. 1.0 hours | 2.75 | 756.25 | SHS |
| Jul-15-25 | Continued work on revising both sets of collection letters as to both promissory notes and reviewing and revising calculations and same to Mike Bollenbacher and Kellis Moore for their review and comment. .75 hours; telephone conference with both Mike Bollenbacher and Kellis Moore regarding the letters and amounts and addresses for Brian Isonhood and Heather Isonhood. .25 hours; | 1.75 | 481.25 | SHS |

| Invoice #: | 2848 | Page 2 | | | August 11, 2025 |
|---|---|---|---|---|---|
| | worked to prepare additional revisions to the rough draft demand letters and further revisions to the calculations on the total principle balance due and owing. .75 hours | | | | |
| Jul-16-25 | Extended telephone conference with paralegal in order to get all 20 collection letters prepared along with all of the different addresses for Brian and Heather Isonhood and Laurie Guion. .50 hours; telephone conference with Mike Bollenbacher regarding same and proposed course of conduct. .25 hours; prepared memorandum to paralegal with all of the addresses and names and types of mailing requested to be undertaken. .50 hours | | 1.25 | 343.75 | SHS |
| | Totals | | 6.50 | $1,787.50 | |

| | |
|---|---|
| **Total Fee & Disbursements** | **$1,787.50** |
| Previous Balance | 52,798.41 |
| Previous Payments | 15,000.00 |
| Interest Rate | 0.00% |
| Interest Due | $0.00 |
| **Balance Now Due** | **$39,585.91** |

TAX ID Number    26-1811431

**PAYMENT DETAILS**

| Apr-29-25 | Received on Account | 15,000.00 |
|---|---|---|
| | **Total Payments** | **$15,000.00** |

## Steven H. Smith & Associates. PLLC
4316 Old Canton Road
Suite 200
Jackson, MS 39211 USA

Ph:601-987-4800   Fax:601-987-6600

Michael Bollenbacher
1974 Lincoln Avenue
Pasadena, CA
91103 USA

September 5, 2025

File #:  1810-001
Inv #:   2853

### Due Upon Receipt

**RE:** Livingston Township Fund One - Bank of Montgomery

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug-18-25 | Telephone conference with Mike Bollenbacher regarding Laurie Guion and Brian Isonhood notes and purported arrangement for payment. .25 hours; telephone conference with Eileen Shaffer regarding the notes and procedure going forward. .25 hours; telephone call to Bobby Dallas's office regarding same; follow-up telephone conference with Mike Bollenbacher regarding future course of conduct for payment of both notes; pulled files to review both notes in relation to preparation and tender of a new note. .25 hours | 0.75 | 206.25 | SHS |
| Aug-19-25 | Telephone conferences with Mike Bollenbacher regarding the new arrangement for Isonhood and Laurie Guion. .25 hours; reviewed letter and notes from conversation with Bobby Dallas and copy of email regarding same to Mike Bollenbacher. .25 hours; follow-up telephone conference with Mike Bollenbacher regarding the new note and proposed terms and conditions of same. .25 hours | 0.50 | 137.50 | SHS |
| Aug-21-25 | Pulled file and begin reviewing their discovery responses, numerous firms the defenses, lease provisions, numerous text and emails and other documents needed to review in | 3.75 | 1,031.25 | SHS |

| Invoice #: | 2853 | Page 2 | | September 5, 2025 | |
|---|---|---|---|---|---|

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | preparation for the mediation and preparation of the mediation memorandum. .75 hours; began reviewing numerous documents they produced in response to our Request for Production of Documents and Interrogatory Responses. 1.75 hours; initial reading and review of portion of documents we produced in response to their discovery requests all with numerous other emails and correspondence to and from Mike Bollenbacher. 1.25 hours | | | |
| Aug-25-25 | Pulled all of their discovery documents provided to us to review. .25 hours; pulled all of our discovery documents forwarded to them for review. .5 hours; partial review of their written discovery responses to our Interrogatories and Request for Production of Documents. 2.25 hours; pulled and reviewed the original lease, first and second addendum's, lease coversheet, our original Complaint and exhibits attached thereto along with additional spreadsheet most recently prepared by Kellis Moore to begin reviewing and preparing notes and presentation for September 15 mediation. 3.75 hours | 6.75 | 1,856.25 | SHS |
| Aug-26-25 | Continued work on reviewing and amounts of unpaid rent, partially paid rent and fully paid rent. 1.25 hours; reviewed every check received from Bowen Eason in order to get amounts and time frames and accuracy of late fees. 3.75 hours; telephone conferences and emails to and from Eileen Shaffer regarding bankruptcy matters, termination of the Bowen Eason lease, filing of certain pleadings by John Moore and other bankruptcy issues. .75 hours | 5.75 | 1,581.25 | SHS |
| Aug-27-25 | Continued work on documents and spreadsheets for mediation in preparation of drafting a confidential memorandum to Keith Ball, mediator | 2.75 | 756.25 | SHS |
| Aug-28-25 | Worked to outline numerous emails and text, statements, correspondence and pleadings, contracts and their defenses along with numerous other documents produced by Bowen Eason and or expected to be used at mediation. 2.0 hours; and prepared numerous notes regarding same for use in confidential memorandum. 1.75 hours | 3.75 | 1,031.25 | SHS |

| Invoice #: | 2853 | Page 3 | | | September 5, 2025 |
|---|---|---|---|---|---|
| Aug-29-25 | Continued reading and review of all of the copies of checks from Bowen Eason and compared to our spreadsheet of 2023 given, at time of the Notice to Net Payroll Rent in October 2023. 1.25 hours; reading and review of numerous emails and text provided by Bowen Eason and discovery for use in mediation. .50 hours; additional reading and review of Mike Bollenbacher's comments and designation of certain documents for use in mediation and rebuttal of their defenses. .25 hours; initial work on outline of issues to review and prepare for presentation to the mediator at mediation and topics/matters to discuss with Mike Bollenbacher prior to mediation. .75 hours | | 2.75 | 756.25 | SHS |
| Totals | | | 26.75 | $7,356.25 | |

**Total Fee & Disbursements**     $7,356.25
Previous Balance     39,585.91
Interest Rate     0.00%
Interest Due     $0.00

**Balance Now Due**     **$46,942.16**

TAX ID Number    26-1811431

## *Steven H. Smith & Associates. PLLC*
4316 Old Canton Road
Suite 200
Jackson, MS 39211 USA

Ph:601-987-4800          Fax:601-987-6600

Michael Bollenbacher          October 1, 2025
1974 Lincoln Avenue
Pasadena, CA
91103 USA

| | |
|---|---|
| File #: | 1810-001 |
| Inv #: | 2863 |

## *Due Upon Receipt*

**RE:**     Livingston Township Fund One - Bank of Montgomery

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-04-25 | Work on drafting a portion of the rough draft Confidential Memorandum to the mediator. 3.25 hours; assembling of documents to present to the mediator in support of our case and to review the defenses asserted by the Defendants and their position regarding the abatement of rent and other alleged defenses. 1.0 hours | 4.25 | 1,168.75 | SHS |
| Sep-05-25 | Worked on the rough draft of the Confidential Memorandum and assembling of a number of documents to present to the mediator for our September 15, 2025 mediation. 6.0 hours; telephone conference with Keith Ball's administrator regarding the Confidential Memorandum, documents and numerous other issues. .75 hours | 6.75 | 1,856.25 | SHS |
| Sep-08-25 | Continued work on drafting additional sections of the rough draft Confidential Memorandum and identified five (5) additional documents to attach to the memorandum and continued undertaking calculations of no rent payment, partial repayment, late fees due and owing on the lease agreement. 3.0 hours; telephone conferences with Kellis Moore regarding the spreadsheets, and numerous other issues contained in the Confidential Memorandum. 1.0 hours; extensive meeting with paralegal in | 4.75 | 1,306.25 | SHS |

| Invoice #: | 2863 | Page 2 | | October 1, 2025 |
|---|---|---|---|---|
| | order to discuss incorporation of exhibits to the Confidential Memorandum. .75 hours | | | |
| Sep-09-25 | Continued work on completing the rough draft of the Confidential Memorandum and assembly of exhibits attached thereto. 1.25 hours; prepared numerous revisions to the rough draft Confidential Memorandum and numerous telephone conferences with Kellis Moore regarding needed revisions and additional material to address in Confidential Memorandum. 2.75 hours; telephone conferences with Mike Bollenbacher regarding the Confidential Memorandum and additional revisions to be made thereto. .50 hours | 4.75 | 1,306.25 | SHS |
| Sep-10-25 | Ran out and reviewed the new spreadsheet from Kellis Moore depicting the interest on the amounts of rent not paid. .50 hours; telephone conference with Mike Bollenbacher and Kellis Moore regarding the interest figured and other issues. .25 hours | 0.75 | 206.25 | SHS |
| Sep-14-25 | Additional work on preparing for mediation and assembly of numerous documents for use in mediation and for meeting with Mike Bollenbacher. 1.0 hours; meeting with Mike Bollenbacher to prepare for mediation. 1.75 hours | 2.75 | 756.25 | SHS |
| Sep-15-25 | Trip to Keith Ball's office in Madison in order to participate in the mediation. 7.50 hours; return trip to the office and sent the Memorandum of Understanding Regarding Settlement to Eileen Shaffer. .25 hours; telephone conference with Eileen Shaffer regarding the settlement and procedure going forward. .25 hours | 7.75 | 2,131.25 | SHS |
| | Totals | 31.75 | $8,731.25 | |

| | |
|---|---:|
| **Total Fee & Disbursements** | **$8,731.25** |
| Previous Balance | 46,942.16 |
| Interest Rate | 0.00% |
| Interest Due | $0.00 |
| **Balance Now Due** | **$55,673.41** |

TAX ID Number    26-1811431