IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                              CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC           CASE NO. 23-02573-JAW

### AFFIDAVIT

STATE OF MISSISSIPPI
COUNTY OF HINDS

      PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named STEVEN H. SMITH, Attorney at Law, who being by me first duly sworn on oath states, as follows:

1. I am Steven H. Smith, Attorney at Law, 4316 Old Canton Road, Suite 200, Jackson, Mississippi 39211, and I am making this Affidavit in support of my request for attorney's fees and reimbursement of necessary expenses in this case.

2. I received my law degree from the University of Mississippi School of Law in 1979.

3. In all cases where I have appeared before the United States Bankruptcy Court, I have been compensated at an hourly rate; and at this time, my hourly rate requested from representation before federal tribunals is $200.00 to $450.00 per hour. I feel this is a reasonable hourly rate for attorneys of similar age, experience and ability in the Jackson, Mississippi area, in view of the overhead expenses of practicing law in the metropolitan area.

4. The itemization of time and expenses attached to this fee application is accurate to the best of my knowledge, information and belief, and I feel all of the time to have been well spent in the best interest of the estate.

                                                                    _____
                                                                    STEVEN H. SMITH

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority this the 9th day of October, 2025.

                                                                    _____
                                                                    NOTARY PUBLIC

My Commission Expires:

[Notary Seal: STATE OF MISSISSIPPI, WENDY L HARVEY, NOTARY PUBLIC, Rankin County, Commission Expires October 18, 2027, COMMISSION NUMBER 379753]

# EXHIBIT B