#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                              CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC                            CASE NO. 23-02573-JAW

#### ORDER APPROVING APPLICATION FOR ALLOWANCE
#### OF COMPENSATION AND REIMBURSEMENT OF
#### NECESSARY EXPENSES OF STEVEN H. SMITH

**THIS MATTER** came on for the Court's consideration on the Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses [Dkt. #_____] filed on behalf of Steven H. Smith. After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Third Application filed on behalf of Steven H. Smith in the amount of $22,481.25 for legal services rendered to be paid from the available funds of the bankruptcy estate is hereby approved and may be paid from the available proceeds of the bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:

*/s/ Steven H. Smith*
STEVEN H. SMITH, MSB #7610
Attorney for Debtor-in-Possession
4316 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Ph: (601) 987-4800
Email: ssmith@shsattorneys.com