**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                                  CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC           CASE NO. 23-02573-JAW

**NOTICE OF THIRD APPLICATION FOR ALLOWANCE OF**
**<u>COMPENSATION FOR STEVEN H. SMITH</u>**

        **NOTICE IS HEREBY GIVEN** that Steven H. Smith, Attorney for Livingston Township Fund One, LLC has filed an Application for Allowance of Compensation with the United States Bankruptcy Court, for compensation in the amount of $22,481.25 for legal services rendered.

        **NOTICE IS HEREBY FURTHER GIVEN** that any creditor or party-in-interest desiring to object to said Application is required to file a written objection with the Clerk, United States Bankruptcy Court, 501 E. Court St., Suite 2.300, Jackson, MS 39201, and to serve a copy upon Steven H. Smith, Attorney for Livingston Township Fund One, LLC, at the address listed herein below; and upon the United States Trustee, 501 E. Court St., Suite 6.430, Jackson, MS 39201. The **DEADLINE DATE** for filing objections to the Application is **TWENTY-ONE (21) DAYS** from the date of this Notice.

        **NOTICE IS FURTHER GIVEN** that in the event such written objection or other responsive pleading is not filed on or before TWENTY-ONE (21) days after the date of this notice, said Application shall be determined *EX PARTE* by the Court.

        **DATED**, this the 13th day of October, 2025.

                                                    <u>/s/ Steve H. Smith</u>
                                                    STEVEN H. SMITH, MSB #7610
                                                    4316 Old Canton Rd, Suite 200
                                                    Jackson, Mississippi 39211
                                                    Ph: (601) 987-4800
                                                    Email: <u>ssmith@shsattorneys.com</u>

## CERTIFICATE OF SERVICE

      I, Steven H. Smith, Attorney for Livingston Township Fund One, LLC, do hereby certify that I have mailed, by United States Mail, postage prepaid, or electronically transmitted via the Court's CM/ECF Noticing system, a true and correct copy of the above and foregoing Notice of Application for Allowance of Compensation for Steven H. Smith to all creditors and parties in interest listed on the master address list attached hereto as Exhibit "A", and to the following:

      United States Trustee
      USTPRegion05.JA.ECF@usdoj.gov

      **SO CERTIFIED**, this the 13th day of October, 2025.


                                        /s/ Steve H. Smith
                                        STEVEN H. SMITH

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 23-02573-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Mon Oct 13 14:15:13 CDT 2025 | BOM Bank A/K/A Bank of Montgomery<br>c/o Jim F. Spencer, Jr., Esq.<br>Watkins & Eager PLLC<br>P.O. Box 650<br>Jackson, MS 39205-0650 | Briar Patch, LLC<br>1150 Cedars Ln<br>Ste C<br>Flora, MS 39071 |
| Cedar Rose, LLC<br>116 Livingston Church Rd<br>Ste 2D<br>Flora, MS 39071-8801 | E&N, LLD d/b/a Plato Feliz Mexican Bar & Gri<br>115 Livingston Church Rd<br>Flora, MS 39071-8802 | Insight Group, LLC<br>c/o Reeves, Gentry & Vitart, PLLC<br>409 W. Parkway Place<br>Suite 200<br>Ridgeland, MS 39157-6031 |
| Jernigan Copeland Attorneys, PLLC<br>P O Box 2249<br>Madison, MS 39130-2249 | Livingston Candy & Creamery<br>1150 Old Cedars Ln<br>Ste C<br>Flora, MS 39071-7504 | Livingston Mercantile Store, Inc.<br>106 Livingston Church Rd<br>Flora, MS 39071-8801 |
| Livingston Township Fund One, LLC<br>116 Livingston Church Road<br>Suite C<br>Flora, MS 39071-8801 | Livingston Viking, LLC<br>1030 Market St<br>Flora, MS 39071-7700 | Palmetto<br>116 Livingston Church Rd<br>Bldg J, Ste 2B<br>Flora, MS 39071-8801 |
| The Office of Forrest A. Johnson, III, LLC<br>116 Livingston Church Rd<br>Ste C<br>Flora, MS 39071-8801 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | ASHFORD FAMILY ENTERP.<br>C/O JOHN CLAY<br>208 SUNSET CIRCLE<br>MADISON, MS 39110-7003 |
| BANK OF MONTGOMERY<br>C/O ERIN MCMANUS, ESQ.<br>P.O. BOX 650<br>JACKSON, MS 39205-0650 | BANK OF MONTGOMERY<br>C/O JIM SPENCER, ESQ.<br>P.O. BOX 650<br>JACKSON, MS 39205-0650 | BASILE TRUST<br>C/O STEVE BASILE<br>5826 BURTON AVE.<br>SAN GABRIEL, CA 91775-3099 |
| BENNIE BOSTIC<br>102 IVY BROOK DR.<br>MADISON, MS 39110-6518 | BOLLENBACHER FAMILY TR<br>C/O MIKE BOLLENBACHER<br>495 ELLIS ST<br>PASADENA, CA 91105-1616 | BRIAR PATCH<br>1150 OLD CEDARS LANE<br>SUITE C<br>FLORA MS 39071-7504 |
| Bank of Montgomery<br>Erin McManus<br>P.O. Box 650<br>Jackson, MS 39205-0650 | CEDAR ROSE, LLC<br>114 LIVINGSTON CHUR RD<br>SUITE 2D<br>FLORA, MS 39071 | Chestnut Developers, LLC<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, MS 39211-6391 |
| Chestnut Hill, LLC<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, Ms 39211-6391 | DAVID SPECK<br>760 FOUNTAIN SPRINGS<br>GLENDORA, CA 91741-2322 | Danielle Mashburn-Myrick, Esq.<br>Phelps Dunbar LLP<br>Counsel for Jill Landrum<br>101 Dauphine St<br>Mobile, AL 36602-3209 |
| Danielle Mashburn-Myrick, Esq.<br>Phelps Dunbar LLP<br>Counsel for T. David Landrum<br>101 Dauphin St<br>Mobile, AL 36602-3209 | David Landrum<br>c/o Sarah Beth Wilson<br>4270 I-55 N<br>Jackson, MS 39211-6391 | David Russell<br>1837 Crain Ridge Dr.<br>Jackson, MS 39216-4902 |

EXHIBIT "A"

| | | |
|---|---|---|
| Department of Treasury - Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | E&N, LLC 115 LIVINGSTON CHURCH FLORA, MS 39071-8802 | EQUITY TRUST CO. C/O CHRIS KOOB 4389 MASON MONTGOMERY MASON, OH 45040-9175 |
| EVERGREEN TRUST ATTN: RUBY CHOU P.O. BOX 1121 PALOS VERDES PEN, CA 90274-7921 | Erin A. McManus, Esq. Watkins & Eager PLLC Atty for BOM a/k/a Bank of Montgomery Post Office Box 650 Jackson, MS 39205-0650 | GL&F, LP Attn: Gene Hutcheson 760 Cedar Hill Rd. Flora, MS 39071-9634 |
| Garrett Alan Anderson, Esq. Phelps Dunbar LLP Atty for T. David Landrum and Jill Landr 4270 I-55 North Jackson, MS 39211-6391 | Gene Loper, M.D. 309 Green Glades Cove Ridgeland, MS 39157-8670 | Harris H Barnes, III, Esq. Barnes, Bailey & Janoush, P. A. Atty for T. David Landrum 5 River Bend Place, Suite A Flowood, MS 39232-7618 |
| (p)INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 | Internal Revenue Service c/o United States Attorney 501 E. Court Street, Ste. 4.430 Jackson, MS 39201-5025 | JUAN QUINTERO 540 DE SALES ST. SAN GABRIEL, CA 91775-2136 |
| James Williams Janoush, Esq. Barnes Bailey & Janoush, P. A. Atty for David Landrum and Jill Landrum 5 River Bend Place, Suite A Flowood, MS 39232-7618 | James Williams Janoush, Esq. Barnes Bailey & Janoush, P. A. Atty for Jill Landrum as a Member of Liv 5 River Bend Place, Suite A Flowood, MS 39232-7618 | Jesse Brewer 3410 Patterson Dr Pearl MS 39208-3636 |
| Jill Landrum c/o Sarah Beth Wilson 4270 I-55 N Jackson, MS 39211-6391 | Jim F. Spencer, Jr., Esq. Watkins & Eager PLLC Atty for BOM a/k/a Bank of Montgomery Post Office Box 650 Jackson, MS 39205-0650 | John D. Moore, Esq. For Livingston Mercantile Store, dba The P. O. Box 3344 Ridgeland, MS 39158-3344 |
| John M. Lassiter, Sr., Esq. Burr & Forman, LLP For David Landrum 190 East Capitol Street, Suite M-100 Jackson, MS 39201-2149 | LIVINGSTON CANDY & CRE 1150 OD CEDARS LANE FLORA, MS 39071-7504 | LIVINGSTON CELLARS, LL 1150 OLD CEDARS LANE SUITE B COLUMBUS, MS 39701 |
| Livingston Holdings, LLC c/o Sarah Beth Wilson 4270 I-55 N Jackson, MS 39211-6391 | Livingston Township Management, LLC 495 Ellis St Pasadena, CA 91105-1616 | Livingston Township Management, LLC Livingston Township c/o Sarah Beth Wilso 4270 I-55 N Jackson, MS 39211-6391 |
| Los Robles MS Investment Prop, LLC 1787 Roosevelt Ave Altadena, CA 91001-3618 | MARK FLEWELLING 2555 BOULDER RD. ALTADENA, CA 91001-2612 | MICHAEL L. SHARPE 6730 HUASNA ROAD ARROYO GRANDE, CA 93420 |
| MIKE BOLLENBACHER 495 Ellis St PASADENA, CA 91105-1616 | MIKE MARSHALL 116 LIVINGSTON CHUR RD SUITE C FLORA, MS 39071-8801 | MITZI WILINSON 116 LIVINGSTON CHUR RD FLORA, MS 39071-8801 |

| | | |
|---|---|---|
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Mario Arazon<br>1855 Chicago Ave.<br>Riverside, CA 92507-2303 | Mississippi Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 |
| Natalie A Cosmich, Esq.<br>Burr & Forman LLP<br>Counsel for David Landrum<br>190 East Capitol Street, Suite M-100<br>Jackson, MS 39201-2149 | PALMETTO<br>114 LIVINGST CHUR RD<br>UNIT C<br>FLORA, MS 39071 | Pinnacle Trust Co.<br>Attn: Charles Brabham<br>3018 Serena Vista Way<br>Houston, TX 77068-3740 |
| Pinnacle Trust Co.<br>Attn: Freda Bush<br>1020 River Oaks Dr.<br>Flowood, MS 39232-9500 | R. Neill Bryant, Esq.<br>Reeves, Gentry & Vitart, PLLC<br>Atty for Insight Group, LLC<br>409 W. Parkway Place, Suite 200<br>Ridgeland, MS 39157-6031 | ROBERT YAMAMOTO<br>1787 ROOSEVELT AVENUE<br>ALTADENA, CA 91001-3618 |
| SAM GRISSOM<br>DOUGLAS S. VOCELLE<br>7752 EADS AVE<br>LA JOLLA CA 92037-4302 | SBA<br>% DREW NORWOOD<br>501 E COURT ST #4.430<br>JACKSON, MS 39201-5025 | SBA<br>P.O. BOX 3918<br>PORTLAND, OR 97208-3918 |
| Sarah Beth Wilson, Esq.<br>Phelps Dunbar LLP<br>Counsel for Jill Landrum<br>4270 I-55 North<br>Jackson, MS 39211-6391 | Sarah Beth Wilson, Esq.<br>Phelps Dunbar LLP<br>Counsel for T. David Landrum<br>4270 I-55 North<br>Jackson, MS 39211-6391 | THE GATHERING<br>106 LIVINGSTON CHUR RD<br>FLORA, MS 39071-8801 |
| THOMAS D. LANDRUM<br>1004 Annandale Dr<br>MADISON, MS 39110-9449 | Thomas Jackson Schultz, Esq.<br>Burr & Forman LLP<br>For David Landrum<br>190 E Capitol St, Suite M-100<br>Jackson, MS 39201-2149 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| U.S. Securities and Exchange Commission<br>c/o United States Attorney<br>501 E. Court Street, Ste. 4.430<br>Jackson, MS 39201-5025 | (p)UNITED STATES SMALL BUSINESS ADMINISTRATIO<br>ATTN LOUISIANA DISTRICT OFFICE<br>500 POYDRAS STREET SUITE 828<br>NEW ORLEANS LA 70130-3374 | USDA<br>C/O DREW NORWOOD<br>501 E COURT ST. S4.430<br>JACKSON, MS 39201-5022 |
| USDA RURAL DEVELOPMENT<br>P.O. BOX 66879<br>SAINT LOUIS, MO 63166-6879 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | William Bowie<br>18380 Emory Rd.<br>West, MS 39192-8247 |
| Andrew J. Clark<br>Jernigan Copeland Attorneys PLLC<br>PO Box 2249<br>Madison, MS 39130-2249 | Christine Greenlee<br>Heritage Real Estate, LLC<br>464 Church Road<br>Suite 700<br>Madison, MS 39110-6913 | (p)EILEEN N SHAFFER<br>P O BOX 1177<br>JACKSON MS 39215-1177 |
| Jitu Patel<br>658 Sheringham Court<br>Ridgeland, MS 39157 | Kellis Moore<br>101 Dogwood Trail<br>Brandon, MS 39047-9547 | Kirti Desai dba Sweet Magnolia Wine & Spirit<br>628 Sheringham Court<br>Ridgeland, MS 39157-4194 |

| | | |
|---|---|---|
| Lisa Ellison<br>702 1/2 Brent Ave<br>South Pasadena, CA 91030-2706 | Mitzi Wilkinson<br>116 Livingston Church Rd<br>Ste A<br>Flora, MS 39071-8801 | Patrick Karapetian<br>Phillips & Company<br>909 East Green Street<br>Pasadena, CA 91106-2996 |
| Steven H. Smith<br>4316 Old Canton Rd.<br>Suite 200<br>Jackson, MS 39211-6059 | Steven H. Smith<br>Steven H. Smith, PLLC<br>4316 Old Canton Road<br>Ste. 200<br>Jackson, MS 39211-6059 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | U.S. Small Business Administration<br>500 Poydras Street, Ste. 828<br>New Orleans, LA 70130 |
| Eileen N. Shaffer<br>P O Box 1177<br>Jackson, MS 39215 | (d)Eileen N. Shaffer<br>P.O. Box 1177<br>Jackson, MS 39215-1177 | (d)Eileen N. Shaffer<br>Eileen N. Shaffer<br>PO Box 1177<br>Jackson, MS 39215-1177 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Baird Engineering, Inc. | (u)Livingston Cellars, LLC | (u)Livingston Mercantile |
| (u)TDL2 Restaurant Group, LLC | (u)The Gathering | (d)LIVINGSTON VIKING<br>1030 MARKET STREET<br>FLORA, MS 39071-7700 |
| (u)Jill Landrum | (u)Jill Landrum<br>as a Member of Livingston Holdings, LLC | (u)Jill B. Landrum |
| (u)T. David Landrum | (u)Thomas David Landrum | (u)Thomas David Landrum, II |

**End of Label Matrix**
**Mailable recipients** 95
**Bypassed recipients** 12
**Total** 107