United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 23-02573-JAW

Livingston Township Fund One, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Oct 14, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + Livingston Township Fund One, LLC, 116 Livingston Church Road, Suite C, Flora, MS 39071-8801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Eileen N. Shaffer | on behalf of Attorney Eileen N. Shaffer eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | enslaw@bellsouth.net |
| Eileen N. Shaffer | on behalf of Plaintiff Livingston Township Fund One  LLC eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Attorney Steven H. Smith eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |

District/off: 0538-3 User: mssbad Page 2 of 3
Date Rcvd: Oct 14, 2025 Form ID: pdf012 Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor In Possession Livingston Township Fund One LLC eshaffer@eshaffer-law.com |
| Erin McManus | |
| | on behalf of Creditor BOM Bank A/K/A Bank of Montgomery emcmanus@watkinseager.com scook@watkinseager.com |
| Garrett Alan Anderson | |
| | on behalf of Creditor T. David Landrum ganderson@fletcher-sippel.com shidalgo@fletcher-sippel.com;DHefner@Fletcher-Sippel.com |
| Garrett Alan Anderson | |
| | on behalf of Creditor Jill Landrum ganderson@fletcher-sippel.com shidalgo@fletcher-sippel.com;DHefner@Fletcher-Sippel.com |
| Harris H Barnes, III | |
| | on behalf of Creditor T. David Landrum tbarnes@bbj-law.com lgranger@barnes-lawfirm.com |
| James Williams Janoush | |
| | on behalf of Creditor Jill Landrum will@bbj-law.com |
| James Williams Janoush | |
| | on behalf of Creditor T. David Landrum will@bbj-law.com |
| Jim F. Spencer, Jr. | |
| | on behalf of Creditor BOM Bank A/K/A Bank of Montgomery jspencer@watkinseager.com mryan@watkinseager.com |
| John Lassiter | |
| | on behalf of Counter-Claimant Thomas David Landrum II jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Defendant Thomas David Landrum II jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Counter-Claimant TDL2 Restaurant Group LLC jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Creditor T. David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Counter-Claimant Jill B Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Counter-Claimant Thomas David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Defendant Thomas David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Defendant Jill B Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | |
| | on behalf of Defendant TDL2 Restaurant Group LLC jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John D. Moore | |
| | on behalf of Interested Party Livingston Mercantile Store Inc. john@johndmoorepa.com, jdm.ecfonly@ecf.courtdrive.com |
| Natalie Alaina Cosmich | |
| | on behalf of Defendant Jill B Landrum ncosmich@burr.com cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | |
| | on behalf of Defendant TDL2 Restaurant Group LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | |
| | on behalf of Defendant Thomas David Landrum ncosmich@burr.com cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | |
| | on behalf of Defendant Thomas David Landrum II ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | |
| | on behalf of Creditor T. David Landrum ncosmich@burr.com cbankston@burr.com;cmccann@burr.com |
| Robert Neill Bryant | |
| | on behalf of Interested Party Insight Group LLC nbryant@rgvlawms.com |
| Steven H. Smith | |
| | on behalf of Plaintiff Livingston Township Fund One LLC wendy@shsattorneys.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 14, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Steven H. Smith
    on behalf of Counter-Defendant Livingston Township Fund One LLC wendy@shsattorneys.com

Steven H. Smith
    on behalf of Attorney Steven H. Smith wendy@shsattorneys.com

Steven H. Smith
    on behalf of Debtor In Possession Livingston Township Fund One LLC wendy@shsattorneys.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Livingston Township Fund One LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 35



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                          CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC                          CASE NO. 23-02573-JAW

### ORDER APPROVING MOTION FOR APPROVAL
### OF COMPROMISE AND SETTLEMENT PURSUANT TO RULE 9019

**THIS MATTER** came on for the Court's consideration on the *Motion for Approval of Compromise and Settlement Pursuant to Rule 9019* [Dkt. #543] filed on behalf of Livingston Township Fund One, LLC. The Court, after notice and no objections having been filed, does hereby find, as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

2. That on September 15, 2025, mediation was held and the parties agreed to the following settlement terms:

    - $300,000.00 shall be paid directly to Livingston on behalf of Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC to be paid in full within 30 days of approval by the United States Bankruptcy Court;

    - That the Plaintiff and Defendants will sign full, final and complete releases of all claims against each other; and

    - That the suit will be dismissed with prejudice against all defendants, upon Bankruptcy Court approval of the settlement and receipt of the settlement funds.

**IT IS HEREBY ORDERED** that the payment of $300,000.00 to Livingston Township Fund One, LLC on behalf of Defendants Bowen Eason, Livingston Mercantile Store, Inc., and Livingston Springs Commissary, LLC to be paid in full within 30 days of approval by the United States Bankruptcy Court, is hereby approved.

**IT IS FURTHER ORDERED** that the Plaintiff and Defendants shall execute full, final and complete releases of all claims against each other.

**IT IS FURTHER ORDERED** that the suit shall be dismissed with prejudice against all defendants.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Livingston Township Fund One, LLC
Post Office Box 1177
Jackson, Mississippi 39215
(601) 969-3006
eshaffer@eshaffer-law.com