SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: November 4, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                  CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC              CASE NO. 23-02573-JAW

### ORDER APPROVING THIRD APPLICATION FOR
### ALLOWANCE OF COMPENSATION AND REIMBURSEMENT
### OF NECESSARY EXPENSES OF EILEEN N. SHAFFER

**THIS MATTER** came on for the Court's consideration on the Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses [Dkt. # 546] filed on behalf of Eileen N. Shaffer. After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Application filed on behalf of Eileen N. Shaffer in the amount of in the amount of $2,080.00 for legal services rendered and $102.23 for expenses incurred, being a total of $2,182.23, is hereby approved and may be paid from the available proceeds of the bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:

_____
EILEEN N. SHAFFER, MSB #1687
Attorney for Debtor-in-Possession
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com