United States Bankruptcy Court
Southern District of Mississippi

In re:
Livingston Township Fund One, LLC
Debtor

Case No. 23-02573-JAW
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Nov 04, 2025 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Livingston Township Fund One, LLC, 116 Livingston Church Road, Suite C, Flora, MS 39071-8801 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Eileen N. Shaffer | on behalf of Attorney Eileen N. Shaffer eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | enslaw@bellsouth.net |
| Eileen N. Shaffer | on behalf of Plaintiff Livingston Township Fund One LLC eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Attorney Steven H. Smith eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |

on behalf of Debtor In Possession Livingston Township Fund One LLC eshaffer@eshaffer-law.com

Erin McManus
on behalf of Creditor BOM Bank A/K/A Bank of Montgomery emcmanus@watkinseager.com scook@watkinseager.com

Garrett Alan Anderson
on behalf of Creditor T. David Landrum ganderson@fletcher-sippel.com shidalgo@fletcher-sippel.com;DHefner@Fletcher-Sippel.com

Garrett Alan Anderson
on behalf of Creditor Jill Landrum ganderson@fletcher-sippel.com shidalgo@fletcher-sippel.com;DHefner@Fletcher-Sippel.com

Harris H Barnes, III
on behalf of Creditor T. David Landrum tbarnes@bbj-law.com lgranger@barnes-lawfirm.com

James Williams Janoush
on behalf of Creditor Jill Landrum will@bbj-law.com

James Williams Janoush
on behalf of Creditor T. David Landrum will@bbj-law.com

Jim F. Spencer, Jr.
on behalf of Creditor BOM Bank A/K/A Bank of Montgomery jspencer@watkinseager.com mryan@watkinseager.com

John Lassiter
on behalf of Counter-Claimant Thomas David Landrum II jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Defendant Thomas David Landrum II jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Counter-Claimant TDL2 Restaurant Group LLC jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Creditor T. David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Counter-Claimant Jill B Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Counter-Claimant Thomas David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Defendant Thomas David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Defendant Jill B Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John Lassiter
on behalf of Defendant TDL2 Restaurant Group LLC jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com

John D. Moore
on behalf of Interested Party Livingston Mercantile Store Inc. john@johndmoorepa.com, jdm.ecfonly@ecf.courtdrive.com

Natalie Alaina Cosmich
on behalf of Defendant Jill B Landrum ncosmich@burr.com cbankston@burr.com;cmccann@burr.com

Natalie Alaina Cosmich
on behalf of Defendant TDL2 Restaurant Group LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Natalie Alaina Cosmich
on behalf of Defendant Thomas David Landrum ncosmich@burr.com cbankston@burr.com;cmccann@burr.com

Natalie Alaina Cosmich
on behalf of Defendant Thomas David Landrum II ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com

Natalie Alaina Cosmich
on behalf of Creditor T. David Landrum ncosmich@burr.com cbankston@burr.com;cmccann@burr.com

Robert Neill Bryant
on behalf of Interested Party Insight Group LLC nbryant@rgvlawms.com

Steven H. Smith
on behalf of Plaintiff Livingston Township Fund One LLC wendy@shsattorneys.com

| | |
|---|---|
| Steven H. Smith | on behalf of Counter-Defendant Livingston Township Fund One LLC wendy@shsattorneys.com |
| Steven H. Smith | on behalf of Attorney Steven H. Smith wendy@shsattorneys.com |
| Steven H. Smith | on behalf of Debtor In Possession Livingston Township Fund One LLC wendy@shsattorneys.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Livingston Township Fund One LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 35




**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 4, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC CASE NO. 23-02573-JAW

**ORDER APPROVING THIRD APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES OF EILEEN N. SHAFFER**

**THIS MATTER** came on for the Court's consideration on the Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses [Dkt. # 546] filed on behalf of Eileen N. Shaffer. After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Application filed on behalf of Eileen N. Shaffer in the amount of in the amount of $2,080.00 for legal services rendered and $102.23 for expenses incurred, being a total of $2,182.23, is hereby approved and may be paid from the available proceeds of the bankruptcy estate.

**##END OF ORDER##**

SUBMITTED BY:

EILEEN N. SHAFFER, MSB #1687
Attorney for Debtor-in-Possession
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com