

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: November 7, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC     CASE NO. 23-02573-JAW

### ORDER APPROVING APPLICATION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF
### NECESSARY EXPENSES OF STEVEN H. SMITH

**THIS MATTER** came on for the Court's consideration on the Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses [Dkt. # 548 ] filed on behalf of Steven H. Smith. After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Third Application filed on behalf of Steven H. Smith in the amount of $22,481.25 for legal services rendered to be paid from the available funds of the bankruptcy estate is hereby approved and may be paid from the available proceeds of the bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:

STEVEN H. SMITH, MSB #7610
Attorney for Debtor-in-Possession
4316 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Ph: (601) 987-4800
Email: ssmith@shsattorneys.com