United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-02573-JAW

Livingston Township Fund One, LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Nov 07, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

**Recip ID     Recipient Name and Address**
dbpos     + Livingston Township Fund One, LLC, 116 Livingston Church Road, Suite C, Flora, MS 39071-8801

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Steiskal, Sr. | on behalf of U.S. Trustee United States Trustee csteiskal@cmgenolaw.com kcarter@cmgenolaw.com;csteiskal@ecf.courtdrive.com |
| Eileen N. Shaffer | on behalf of Attorney Eileen N. Shaffer eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | enslaw@bellsouth.net |
| Eileen N. Shaffer | on behalf of Plaintiff Livingston Township Fund One LLC eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | on behalf of Attorney Steven H. Smith eshaffer@eshaffer-law.com |
| Eileen N. Shaffer | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
| Date Rcvd: Nov 07, 2025 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor In Possession Livingston Township Fund One LLC eshaffer@eshaffer-law.com |
| Erin McManus | on behalf of Creditor BOM Bank A/K/A Bank of Montgomery emcmanus@watkinseager.com  scook@watkinseager.com |
| Garrett Alan Anderson | on behalf of Creditor T. David Landrum ganderson@fletcher-sippel.com shidalgo@fletcher-sippel.com;DHefner@Fletcher-Sippel.com |
| Garrett Alan Anderson | on behalf of Creditor Jill Landrum ganderson@fletcher-sippel.com  shidalgo@fletcher-sippel.com;DHefner@Fletcher-Sippel.com |
| Harris H Barnes, III | on behalf of Creditor T. David Landrum tbarnes@bbj-law.com  lgranger@barnes-lawfirm.com |
| James Williams Janoush | on behalf of Creditor Jill Landrum will@bbj-law.com |
| James Williams Janoush | on behalf of Creditor T. David Landrum will@bbj-law.com |
| Jim F. Spencer, Jr. | on behalf of Creditor BOM Bank A/K/A Bank of Montgomery jspencer@watkinseager.com  mryan@watkinseager.com |
| John Lassiter | on behalf of Counter-Claimant Thomas David Landrum II jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Defendant Thomas David Landrum II jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Counter-Claimant TDL2 Restaurant Group LLC jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Creditor T. David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Counter-Claimant Jill B Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Counter-Claimant Thomas David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Defendant Thomas David Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Defendant Jill B Landrum jlassiter@burr.com sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John Lassiter | on behalf of Defendant TDL2 Restaurant Group LLC jlassiter@burr.com, sberry@burr.com;cmccann@burr.com;cbankston@burr.com;sjones@burr.com;kpitts@burr.com;phughes@burr.com |
| John D. Moore | on behalf of Interested Party Livingston Mercantile Store Inc. john@johndmoorepa.com, jdm.ecfonly@ecf.courtdrive.com |
| Natalie Alaina Cosmich | on behalf of Defendant Jill B Landrum ncosmich@burr.com  cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | on behalf of Defendant TDL2 Restaurant Group LLC ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | on behalf of Defendant Thomas David Landrum ncosmich@burr.com  cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | on behalf of Defendant Thomas David Landrum II ncosmich@burr.com, cbankston@burr.com;cmccann@burr.com |
| Natalie Alaina Cosmich | on behalf of Creditor T. David Landrum ncosmich@burr.com  cbankston@burr.com;cmccann@burr.com |
| Robert Neill Bryant | on behalf of Interested Party Insight Group LLC nbryant@rgvlawms.com |
| Steven H. Smith | on behalf of Plaintiff Livingston Township Fund One LLC wendy@shsattorneys.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Nov 07, 2025 | Form ID: pdf012 | Total Noticed: 1 |

Steven H. Smith
    on behalf of Counter-Defendant Livingston Township Fund One  LLC wendy@shsattorneys.com

Steven H. Smith
    on behalf of Attorney Steven H. Smith wendy@shsattorneys.com

Steven H. Smith
    on behalf of Debtor In Possession Livingston Township Fund One  LLC wendy@shsattorneys.com

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Livingston Township Fund One  LLC trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 35



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: November 7, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                           CHAPTER 11

LIVINGSTON TOWNSHIP FUND ONE, LLC            CASE NO. 23-02573-JAW

### ORDER APPROVING APPLICATION FOR ALLOWANCE
### OF COMPENSATION AND REIMBURSEMENT OF
### NECESSARY EXPENSES OF STEVEN H. SMITH

**THIS MATTER** came on for the Court's consideration on the Third Application for Allowance of Compensation and Reimbursement of Necessary Expenses [Dkt. # 548 ] filed on behalf of Steven H. Smith. After Notice and no Objections having been filed, the Court does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Third Application filed on behalf of Steven H. Smith in the amount of $22,481.25 for legal services rendered to be paid from the available funds of the bankruptcy estate is hereby approved and may be paid from the available proceeds of the bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:

_____
STEVEN H. SMITH, MSB #7610
Attorney for Debtor-in-Possession
4316 Old Canton Road, Suite 200
Jackson, Mississippi 39211
Ph: (601) 987-4800
Email: ssmith@shsattorneys.com