Fill in this information to identify the case:

Debtor Name _Livingston Township Fund One, LLC_

United States Bankruptcy Court for the: _____ District of _MS_

Case number: _23-02573-JAW_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _March_

Date report filed: _04/07/2026_
MM / DD / YYYY

Line of business: _Real Estate_

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _Michael Bollenbacher_

Original signature of responsible party

Printed name of responsible party _Michael Bollenbacher_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☑ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _Livingston Township Fund One_     Case number _23-02573-JAW_

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☐  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☐  ☐

---

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**    $182,422.47

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it _Exhibit C_. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of _Exhibit C_.

    Report the total from _Exhibit C_ here.    $ 0

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it _Exhibit D_. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of _Exhibit D_.

    Report the total from _Exhibit D_ here.    - $3323.00

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as _net profit_.    + $3323.00

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $179,099.47

    Report this figure as the _cash on hand at the beginning of the month_ on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

---

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it _Exhibit E_. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from _Exhibit E_ here.

24. **Total payables**    $ 0

    _(Exhibit E)_

---

Debtor Name Livingston Township Fend One   Case number 23-02573-JAW

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                $47,638.31

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                            0

27. What is the number of employees as of the date of this monthly report?              0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $159,965.81

30. How much have you paid this month in other professional fees?   $3,256.00

31. How much have you paid in total other professional fees since filing the case?   $36,040.30

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A<br>**Projected** | — | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0 | — | $ 0 | = | $ 0 |
| 33. **Cash disbursements** | $ 127.50 | — | $3,323.00 | = | $3,195.50 |
| 34. **Net cash flow** | — $ 127.50 | — | $3,323.00 | = | $3,195.50 |

35. Total projected cash receipts for the next month:                                    $ 0

36. Total projected cash disbursements for the next month:                               − $ 127.50

37. Total projected net cash flow for the next month:                                    = $ 127.50

Debtor Name _Livingston Township Fund ONE_   Case number _23-02573-JAW_

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# Profit and Loss
## Livingston Township Fund One
### March 2026
### EXHIBIT C

|  | Total |
|---|---|
| Income | 0.00 |
| **Gross Profit** | 0.00 |

Cash Basis Tuesday, April 07, 2026 09:11 PM GMTZ

# Profit and Loss
## Livingston Township Fund One
### March 2026
### EXHIBIT D

|  | Total |
|---|---|
| Income |  |
| **Gross Profit** |  |
| **Expenses** |  |
|   Legal & Professional Fees |  |
|     Accounting | 3,218.00 |
|   **Total for Legal & Professional Fees** | $3,218.00 |
|   Office Supplies | 105.00 |
| **Total for Expenses** | $3,323.00 |
| **Net Operating Income** | -$3,323.00 |
| **Net Other Income** |  |
| **Net Income** | -$3,323.00 |

Cash Basis Tuesday, April 07, 2026 09:12 PM GMTZ

Money Owed – **Exhibit F**

Tenant: Cedar Rose – total = $14,798.00

Tenant: Palmetto Lane – total = $32,840.31

Total = $47,638.31

# Profit and Loss

## Livingston Township Fund One

### March 2026

| | TOTAL |
|---|---|
| **Income** | |
| **Gross Profit** | |
| Expenses | |
| Legal & Professional Fees | |
| Accounting | 3,218.00 |
| **Total for Legal & Professional Fees** | **$3,218.00** |
| Office Supplies | 105.00 |
| **Total for Expenses** | **$3,323.00** |
| **Net Operating Income** | **-$3,323.00** |
| **Net Other Income** | |
| **Net Income** | **-$3,323.00** |





PO Box 4019
Gulfport, MS 39502-4019
**Electronic Service Requested**

Page: 1 of 2

Statements Dates
03/01/2026 - 03/31/2026

Account Number:
█9172

Images:
3

*\* IMAGE \* EO*

1

**LIVINGSTON TOWNSHIP FUND ONE LLC**
**DEBTOR IN POSSESSION**
**CASE NUMBER 23-02573-JAW**
**116 LIVINGSTON CHURCH ROAD**
**FLORA MS  39071**

**MAIL/FAX WIRE NOTICES ARE SUSPENDED. NOTICES CAN BE VIEWED
IN ONLINE BANKING OR CALL YOUR BANKER FOR EMAIL NOTICES.**

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 204,835.92 | AVERAGE BALANCE | |
| +        0 CREDITS | .00 | | 189,826.58 |
| -        3 DEBITS | 18,195.50 | YTD INTEREST PAID | |
| -  SERVICE CHARGES | .00 | | .00 |
| +    INTEREST PAID | .00 | | |
| ENDING BALANCE | 186,640.42 | | |

**\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### • Checks

| Date | Serial | Amount | Date | Serial | Amount |
|---|---|---|---|---|---|
| 03/03 | 225 | 15,000.00 | 03/11 | 228 | 127.50 |
| 03/23 | 227 * | 3,068.00 | | | |

### • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/28 | 204,835.92 | 03/11 | 189,708.42 | | |
| 03/03 | 189,835.92 | 03/23 | 186,640.42 | | |









Livingston Township Fund One

**Hancock Whitney #9172, Period Ending 03/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 04/07/2026

Reconciled by: Lisa Ellison

Any changes made to transactions after this date aren't included in this report.

**Summary**

|  | USD |
| --- | --- |
| Statement beginning balance | 204,835.92 |
| Checks and payments cleared (3) | -18,195.50 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 186,640.42 |
| Uncleared transactions as of 03/31/2026 | -127.50 |
| Register balance as of 03/31/2026 | 186,512.92 |

**Details**

Checks and payments cleared (3)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 02/19/2026 | Bill Payment | 0225 | Steve H Smith, PLLC | -15,000.00 |
| 03/10/2026 | Bill Payment | 0228 | Lisa Ellison | -127.50 |
| 03/17/2026 | Bill Payment | 0227 | Phillips & Company | -3,068.00 |
| **Total** | | | | **-18,195.50** |

**Additional Information**

Uncleared checks and payments as of 03/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
| --- | --- | --- | --- | --- |
| 03/31/2026 | Bill Payment | 0229 | Lisa Ellison | -127.50 |
| **Total** | | | | **-127.50** |